---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the District of Delaware

Case number *(if known)*:_____ Chapter 11_____

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | UCI International, LLC |
| 2. | **All other names debtor used in the last 8 years** | UCI International, Inc. |
| | Include any assumed names, trade names, and *doing business as* names | UCI Holdco, Inc. |
| | | UCI-FRAM AutoBrands |
| | | UCI-FRAM Group |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 16-1760186 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1900 W. Field Court | |
| Number    Street | Number    Street |
| Lake Forest, Illinois, 60045 | |
| City         State    ZIP Code | City         State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Lake County | |
| County | Number    Street |
| | City         State    ZIP Code |

5. **Debtor's website (URL)**    www.uci-fram.com

6. **Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor Name <u>UCI International, LLC</u>                    Case number(*if known*)_____

| | |
|---|---|
| 7. | **Describe debtor's business** |

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>5511</u>____

| | |
|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** |

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. |

☒ No
☐ Yes.  District _____ When _____ Case number _____
                                   MM / DD / YYYY

                District _____ When _____ Case number _____
                                              MM / DD / YYYY

| | |
|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. |

☐ No
☒ Yes.  Debtor  <u>See Attachment 1</u>_____ Relationship _____
        District _____ When _____
                                               MM / DD /YYYY
        Case number, if known _____

Debtor  UCI International, LLC                    Case number(*if known*)_____
      Name

| | | |
|---|---|---|
| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No |
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention? (Check all that apply.)** |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard?_____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | **Where is the property?** _____<br>             Number    Street |
| | | _____<br>City                    State        ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes. Insurance agency _____ |
| | |        Contact   _____ |
| | |        Phone     _____ |

### ▮ Statistical and administrative information

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:* |
| | | ☒ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| 14. | **Estimated number of creditors** | ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| | | | | |
|---|---|---|---|---|
| 15. | **Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor <u>UCI International, LLC</u>                  Case number(*if known*)_____
       Name

| 16. | Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☒ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/01/2016
             MM/DD/YYYY

X _____          Ricardo Felipe Alvergue
    Signature of authorized representative of debtor          Printed name

Title  Chief Financial Officer and Vice President

| 18. | Signature of attorney | X _____    Date 06/02/2016 |
|---|---|---|
| | | Signature of attorney for debtor          MM/DD/YYYY |

Edmon L. Morton
Printed name

Young Conaway Stargatt & Taylor, LLP
Firm name

1000 N. King Street
Number      Street

Wilmington                                    DE          19801
City                                          State       ZIP Code

(302) 571-6600                                emorton@ycst.com
Contact phone                                 Email address

3856                                          DE
Bar number                                    State

ATTACHMENT 1

PENDING OR CONCURRENT BANKRUPTCY CASES FILED BY AFFILIATES

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.  A motion has been filed with the Court requesting that the chapter 11 cases of these entities be jointly administered.

| Entity Name | Relationship | District | Date | Case Number |
|---|---|---|---|---|
| Airtex Industries, LLC | Affiliate | District of Delaware | June 2, 2016 | Not Yet Assigned |
| Airtex Products, LP | Affiliate | District of Delaware | June 2, 2016 | Not Yet Assigned |
| ASC Holdco, Inc. | Affiliate | District of Delaware | June 2, 2016 | Not Yet Assigned |
| ASC Industries, Inc. | Affiliate | District of Delaware | June 2, 2016 | Not Yet Assigned |
| Champion Laboratories, Inc. | Affiliate | District of Delaware | June 2, 2016 | Not Yet Assigned |
| UCI Acquisition Holdings (No. 1) Corp | Affiliate | District of Delaware | June 2, 2016 | Not Yet Assigned |
| UCI Acquisition Holdings (No. 3) Corp | Affiliate | District of Delaware | June 2, 2016 | Not Yet Assigned |
| UCI Acquisition Holdings (No. 4) LLC | Affiliate | District of Delaware | June 2, 2016 | Not Yet Assigned |
| UCI-Airtex Holdings, Inc. | Affiliate | District of Delaware | June 2, 2016 | Not Yet Assigned |
| UCI Holdings Limited | Affiliate | District of Delaware | June 2, 2016 | Not Yet Assigned |
| UCI International, LLC | Affiliate | District of Delaware | June 2, 2016 | Not Yet Assigned |
| UCI Pennsylvania, Inc. | Affiliate | District of Delaware | June 2, 2016 | Not Yet Assigned |
| United Components, LLC | Affiliate | District of Delaware | June 2, 2016 | Not Yet Assigned |

## UCI INTERNATIONAL, LLC

Written Consent of the Sole Member
to Action Without a Meeting

The undersigned, UCI Acquisition Holdings (No. 1) Corp., a Delaware corporation, being the sole member and manager ("Sole Member") of UCI International, LLC, a Delaware limited liability company (the "Company"), by its duly authorized representative, hereby consents, pursuant to Section 18-302(d) and 18-407 of the Delaware Limited Liability Company Act (the "Act") and Section 12(e) of the Limited Liability Company Agreement of the Company,, to the adoption of the following:

**1.    Bankruptcy Matters**

WHEREAS, the board of directors of UCI Holdings Limited ("UCI Holdings"), the Company's intermediate parent company, has recently resolved to approve that company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

WHEREAS, as a subsidiary of UCI Holdings, and as borrower and notes co-issuer, the Sole Member has determined that it is advisable and in the best interests of the Company to also seek relief under the Bankruptcy Code;

NOW THEREFORE, be it hereby resolved as follows:

RESOLVED, that in the judgment of the Sole Member of the Company, it is desirable and in the best interests of the Company, its creditors, stockholders, employees, and other interested parties that a petition be filed by the Company and by certain of the Company's limited liability company, corporation and partnership subsidiaries (each, a "Subsidiary") seeking relief under the provisions of the Bankruptcy Code;

RESOLVED, that any individual duly appointed by the Sole Member as the Chief Executive Officer, Interim Chief Executive Officer, Chief Operating Officer, Chief Financial Officer, President, Executive Vice President, Senior Vice President, Vice President, General Counsel, Secretary, Assistant Secretary, Treasurer, Assistant Treasurer or Chief Restructuring Officer (each, a "Proper Officer" and together, the "Proper Officers") are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Company acting for itself or in its capacity as a member, manager or partner of any such Subsidiary to execute and verify or certify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at such time as said Proper Officer executing the same shall determine and in such form or forms as such Proper Officer may approve;

RESOLVED, that the law firm of Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois 60603, be, and hereby is, retained and employed as attorneys for the Company in connection with the prosecution of the Company's case under chapter 11 of the Bankruptcy Code;

RESOLVED, that the law firm of Young Conaway Stargatt & Taylor LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, be, and hereby is, retained and employed as Delaware attorneys for the Company in connection with the prosecution of the Company's case under chapter 11 of the Bankruptcy Code;

RESOLVED, that the investment banking firm of Moelis & Company LLC, 399 Park Avenue, 5th Floor, New York City, New York 10022, be, and hereby is, retained and employed as investment bankers for the Company in connection with the Company's case under Chapter 11 of the Bankruptcy Code;

RESOLVED, that the financial advisory firm of Alvarez and Marsal Holdings LLC, 55 West Monroe Street, Suite 4000, Chicago, Illinois 60603, be, and hereby is, retained and employed as financial advisors for the Company in connection with the Company's case under Chapter 11 of the Bankruptcy Code;

RESOLVED, that each of the Proper Officers be, and each of them hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all further actions which the Proper Officers or the Company's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under chapter 11 of the Bankruptcy Code, and to take and perform any and all further acts and deeds which they deem necessary, proper or desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case including, without limitation, seeking authority to guarantee or borrow, and borrowing, amounts under any post-petition financing facility for itself or its affiliates, and granting liens, guarantees, pledges, mortgages and/or other security therefor and filing financing statements, mortgages, intellectual property security agreements and other documents related thereto;

RESOLVED, that the Proper Officers be, and each of them hereby is, authorized to employ and retain legal counsel, financial advisors, accountants and other professionals, to advise the Company in connection with its case under chapter 11 of the Bankruptcy Code;

RESOLVED, that the Proper Officers be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions to make, sign, execute, acknowledge and deliver (and record in the relevant office of the secretary of state or the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may reasonably be required to give effect to these Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof;

RESOLVED, that the Proper Officers be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge and deliver all such additional documents, agreements and certificates as may be reasonably required to give effect to the consummation of the transactions contemplated by these Resolutions, and to execute and deliver such documents, agreements and certificates, and to fully perform the terms and provisions thereof; and

RESOLVED, that to the extent that any of the actions authorized by any of these Resolutions have been taken by the Proper Officers of the Company on its behalf, such actions are hereby ratified and confirmed in their entirety.

## 2.    General Authority

RESOLVED FURTHER, that each Proper Officer, any one of whom may act without the joinder of any of the others, is hereby authorized in the name and on behalf of the Company to take all such further actions, including, but not limited to, (i) the negotiation of such additional agreements, amendments, supplements, consents, waivers, reports, documents, instruments, applications, notes or certificates not now known but which may be required, (ii) the negotiation

of such changes and additions to any agreements, amendments, supplements, consents, waivers, reports, documents, instruments, applications, notes or certificates currently existing, (iii) the execution, delivery and filing (if applicable) of any of the foregoing and (iv) the payment of all fees, consent payments, taxes, indemnities and other expenses as any such Proper Officer, in his or her sole discretion, may approve or deem necessary, appropriate or advisable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings and payments to be conclusive evidence of such approval or that such Proper Officer deemed the same to be so necessary, appropriate or advisable; and that all such actions, executions, deliveries, filings and payments taken or made at any time in connection with the transactions contemplated by the foregoing resolutions hereby are approved, adopted, ratified and confirmed in all respects as the acts and deeds of the Company as if specifically set out in these resolutions; and

**3.    Ratification of Past Actions**

RESOLVED FURTHER, that all acts and deeds of any Proper Officer taken prior to the date hereof to carry out the intent and accomplish the purposes of the foregoing resolutions are hereby approved, adopted, ratified and confirmed in all respects as the acts and deeds of the Company.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK.]

The Assistant Secretary of the Company is hereby directed to file a signed copy of this written consent with the minute book of the Company.

IN WITNESS WHEREOF, the undersigned has executed this written consent on the date set forth below.

SOLE MEMBER:

UCI ACQUISITION HOLDINGS (NO. 1) CORP.

By: _____
Name:  Keith A. Zar
Title:  Director
Date:  6/2/16

[Signature Page of Sole Member Resolutions of UCI International, LLC]

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">Debtor name <u>UCI International, LLC</u></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: _____ District of <u>Delaware</u><br>(State)</td></tr>
<tr><td colspan="2">Case number (If known): _____</td></tr>
</table>

☐ Check if this is an
amended filing

The following list of creditors ("List of Creditors") has been prepared on a consolidated basis from the unaudited books and records of the above-listed debtor and its affiliates that filed for bankruptcy in this Court on June 2, 2016 (the "Debtors"). The List of Creditors reflects the estimated amounts owed by the Debtors as of the Petition Date. It was produced from the books and records of each Debtor as of the close of business on May 20, 2016. The List of Creditors does not include any person or entity who is now, or formerly was, an "insider" of any of the Debtors as that term is defined in 11 U.S.C. § 101(31). The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. Moreover, nothing herein shall affect the Debtors' right to challenge the amount or characterization of any claim at a later date. The failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority and/or amount of any such claim.

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE<br>50 S SIXTH ST, STE 1290<br>MINNEAPOLIS, MN  55402<br>UNITED STATES | WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE<br>Attn: QUINTON M. DEPOMPOLO<br>CLIENT ASSOCIATE - UCI ADMINISTRATOR<br>50 S SIXTH ST, STE 1290<br>MINNEAPOLIS, MN  55402<br>UNITED STATES<br><br>Phone: 612-217-5670<br>Fax: 612-217-5651<br>Email: QDEPOMPOLO@WILMINGTONTRUST.COM | Registered 8.625% Senior Notes due 2019 | | | | $400,000,000 + accrued interest |
| 2 | RANDALL METALS CORPORATION<br>2483 GREENLEAF AVENUE<br>ELK GROVE VILLAGE, IL  60007<br>UNITED STATES | RANDALL METALS CORPORATION<br>Attn: LARRY LEFFINGWELL<br>CEO<br>2483 GREENLEAF AVENUE<br>ELK GROVE VILLAGE, IL  60007<br>UNITED STATES<br><br>Phone: 847-952-9690 X215<br>Fax: 847-952-9731<br>Email: LLEFFINGWELL@RANDALLMETALS.COM | Trade Debt | | | | $6,481,780.78 |
| 3 | AHLSTROM ENGINE FILTRATION LLC<br>3 INDEPENDENCE POINTE<br>GREENVILLE, SC 29615<br>UNITED STATES | AHLSTROM ENGINE FILTRATION LLC<br>Attn: GARY BLEVINS<br>PRESIDENT<br>3 INDEPENDENCE POINTE<br>GREENVILLE, SC 29615<br>UNITED STATES<br><br>Phone: 864-643-9877<br>Fax: 864-288-7946<br>Email: GARY.BLEVINS@AHLSTROM.COM | Trade Debt | | | | $3,673,828.34 |

| Debtor | UCI International, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4 | JASPER RUBBER PRODUCTS INC<br>1010 FIRST AVENUE<br>JASPER, IN  47546<br>UNITED STATES | JASPER RUBBER PRODUCTS INC<br>Attn: DOUG MATHIAS<br>PRESIDENT AND CEO<br>1010 FIRST AVENUE<br>JASPER, IN  47546<br>UNITED STATES<br><br>Phone: 812-482-3242<br>Fax: 812-482-0816<br>Email: DMATHIAS@JASPERRUBBER.COM | Trade Debt | | | | $3,219,540.04 |
| 5 | WORTHINGTON STEEL COMPANY<br>100 OLD WILSON BRIDGE RD<br>COLUMBUS, OH  43085<br>UNITED STATES | WORTHINGTON STEEL COMPANY<br>Attn: PATRICK CLARK<br>VICE PRESIDENT SALES<br>100 OLD WILSON BRIDGE RD<br>COLUMBUS, OH  43085<br>UNITED STATES<br><br>Phone: 614-840-3469<br>Fax: 614-395-7474<br>Email: PAT.CLARK@WORTHINGTONINDUSTRIES.COM | Trade Debt | | | | $2,805,553.15 |
| 6 | BLUE CROSS BLUE SHIELD OF ILLINOIS<br>300 EAST RANDOLPH STREET<br>CHICAGO, IL  60601-5099<br>UNITED STATES | BLUE CROSS BLUE SHIELD OF ILLINOIS<br>Attn: MAURICE SMITH<br>PRESIDENT<br>300 EAST RANDOLPH STREET<br>CHICAGO, IL  60601-5099<br>UNITED STATES<br><br>Phone: 312-653-2775<br>Fax: 312-540-0544 | Trade Debt | | | | $2,550,793.73 |
| 7 | A L SOLUTIONS US INC<br>133 WILLIAMS DRIVE<br>RAMSEY, NJ  07446<br>UNITED STATES | A L SOLUTIONS US INC<br>Attn: ROBERT KRAMER<br>PRESIDENT<br>133 WILLIAMS DRIVE<br>RAMSEY, NJ  07446<br>UNITED STATES<br><br>Phone: 201-825-4235<br>Fax: 201-825-4236<br>Email: RKRAMER@ALSOLUTIONSUS.COM | Trade Debt | | | | $1,789,679.29 |
| 8 | NSK CORPORATION<br>4200 GOSS ROAD<br>ANN ARBOR, MI  48105<br>UNITED STATES | NSK CORPORATION<br>Attn: NORIO OTSUKA<br>PRESIDENT AND CEO<br>4200 GOSS ROAD<br>ANN ARBOR, MI  48105<br>UNITED STATES<br><br>Phone: 888-446-5675<br>Fax: 734-913-7510<br>Email: INFO@NSK-CORP.COM | Trade Debt | | | | $1,471,469.60 |
| 9 | BOUTWELL OWENS & CO INC<br>251 AUTHORITY DRIVE<br>FITCHBURG, MA  01420<br>UNITED STATES | BOUTWELL OWENS & CO INC<br>Attn: BILL HODGES<br>VICE PRESIDENT SALES<br>251 AUTHORITY DRIVE<br>FITCHBURG, MA  01420<br>UNITED STATES<br><br>Phone: 978-345-2253<br>Fax: 978-343-9132<br>Email: BILLH@BOUTWELLOWENS.COM | Trade Debt | | | | $1,457,919.95 |
| 10 | STANDARD GROUP LLC THE<br>75-20 ASTORIA BLVD<br>JACKSON HEIGHTS, NY  11370<br>SUITE 100<br>UNITED STATES | STANDARD GROUP LLC THE<br>Attn: LOUIS CORTES<br>PRESIDENT AND CEO<br>75-20 ASTORIA BLVD<br>SUITE 100<br>JACKSON HEIGHTS, NY  11370<br>UNITED STATES<br><br>Phone: 516-641-5384<br>Fax: 718-310-5530<br>Email: LOUISC@THESTANDARDGROUP.COM | Trade Debt | | | | $1,263,630.90 |

| Debtor | UCI International, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 11 | INFINITY MOLDING & ASSEMBLY INC 5520 INDUSTRIAL ROAD MT VERNON, IN 47620-7200 UNITED STATES | INFINITY MOLDING & ASSEMBLY INC Attn: SCOTT TITZER PRESIDENT AND CEO 5520 INDUSTRIAL ROAD MT VERNON, IN 47620-7200 UNITED STATES Phone: 812-838-0370 Fax: 812-838-9301 Email: STITZER@INFINITY-MAI.COM | Trade Debt | | | | $1,194,639.62 |
| 12 | HENGST OF NORTH AMERICA 29770 HUDSON DRIVE NOVI, MI 48377 UNITED STATES | HENGST OF NORTH AMERICA Attn: MATTHIAS STEGMUELLER DIRECTOR, AFTERMARKET NORTH AMERICA 29770 HUDSON DRIVE NOVI, MI 48377 UNITED STATES Phone: 586-757-2995 Fax: 586-757-2979 Email: M.STEGMUELLER@HENGST.COM | Litigation Settlement/Trade Debt | | | | $1,183,275.31 |
| 13 | C.H. ROBINSON 14701 CHARLSON ROAD EDEN PRAIRIE, MN 55347 UNITED STATES | C.H. ROBINSON Attn: BRUCE JOHNSON MANAGER 14701 CHARLSON ROAD EDEN PRAIRIE, MN 55347 UNITED STATES Phone: 952-937-7780 Fax: 952-683-3701 Email: BRUCE.JOHNSON@CHROBINSON.COM | Trade Debt | | | | $1,137,055.28 |
| 14 | WEST TROY LLC 650 OLYMPIC DR TROY, OH 45373 UNITED STATES | WEST TROY LLC Attn: DOUG TYGER PRESIDENT 650 OLYMPIC DR TROY, OH 45373 UNITED STATES Phone: 937-339-2192 Fax: 937-339-7693 Email: DTYGER@YASOTAY.COM | Trade Debt | | | | $1,006,247.24 |
| 15 | SHANDONG LIANCHENG AUTO PARTS CO.,LTD 6 CHUANGYE AVENUE YANZHOU ECONOMIC DEVELOPMENT ZONE SHANDONG, CHINA | SHANDONG LIANCHENG AUTO PARTS CO.,LTD Attn: BRIAN GUO VP OF OPERATIONS 6 CHUANGYE AVENUE YANZHOU ECONOMIC DEVELOPMENT ZONE SHANDONG, CHINA Phone: 86 537 353 7588 8886 Fax: 86 53 7395 6801 Email: BGUO@LMC-IND.COM | Trade Debt | | | | $976,462.12 |
| 16 | BEHR THERMOT-TRONIK GMBH ENZSTRASSE 25 70806 KORNWESTHEIM, GERMANY | BEHR THERMOT-TRONIK GMBH Attn: CLAUS VOLLMER CHIEF EXECUTIVE OFFICER AND MEMBER OF MANAGEMENT BOARD ENZSTRABE 25 70806 KORNWESTHEIM, GERMANY Phone: 49 7154 133 0 Fax: 49 7154 133 2 24 | Trade Debt | | | | $827,882.10 |
| 17 | CLOYES GEAR & PRODUCTS INC 7800 BALL ROAD FT. SMITH, AR 72908 UNITED STATES | CLOYES GEAR & PRODUCTS INC Attn: TREVOR MYERS PRESIDENT 7800 BALL ROAD FT. SMITH, AR 72908 UNITED STATES Phone: 479-646-1662 Fax: 479-646-5844 Email: TMYERS@HHIHOLDINGS.COM | Trade Debt | | | | $675,067.57 |

| Debtor | UCI International, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | INTERNATIONAL PAPER 6400 POPLAR AVE MEMPHIS, TN 38197 UNITED STATES | INTERNATIONAL PAPER Attn: MARK S. SUTTON PRESIDENT AND CEO 6400 POPLAR AVE MEMPHIS, TN 38197 UNITED STATES Phone: 901-419-9000 Fax: 901-419-7930 | Trade Debt | | | | $660,508.44 |
| 19 | INDUCONTROL SA DE CV GITANA NORTE NO. 469 COL. SAN NICOLAS TOLENTINO TLAHUAC, 13250 MEXICO | INDUCONTROL SA DE CV Attn: AHIED BISSAR PRESIDENT GITANA NORTE NO. 469 COL. SAN NICOLAS TOLENTINO TLAHUAC, 13250 MEXICO Phone: 52 555 859 5514 Fax: 52 555 845 3099 Email: ABISSAR@INDUCONTROL.COM.MX | Trade Debt | | | | $593,974.23 |
| 20 | MOTION INDUSTRIES 1605 ALTON ROAD BIRMINGHAM, AL 35210 UNITED STATES | MOTION INDUSTRIES Attn: TIM BREEN CEO 1605 ALTON ROAD BIRMINGHAM, AL 35210 UNITED STATES Phone: 205-956-1122 Fax: 205-951-1172 Email: TIM.BREEN@MOTION-IND.COM | Trade Debt | | | | $554,738.20 |
| 21 | AUTO PARTSOURCE LLC 4605 CAROLINA DRIVE RICHMOND, VA 23222 UNITED STATES | AUTO PARTSOURCE LLC Attn: JOHN AMALFE PRESIDENT 4605 CAROLINA DRIVE RICHMOND, VA 23222 UNITED STATES Phone: 804-329-3000 Fax: 804-329-3094 Email: JAMALFE@AUTOPARTSOURCE.COM | Trade Debt | | | | $536,889.11 |
| 22 | EAGLE NONWOVENS INCORPORATED 10301 LAKE BLUFF DR ST. LOUIS, MO 63123 UNITED STATES | EAGLE NONWOVENS INCORPORATED Attn: MARK CLAUSS SALES REPRESENTATIVE 10301 LAKE BLUFF DR ST. LOUIS, MO 63123 UNITED STATES Phone: 314-293-2222 Fax: 314-416-8700 Email: MCLAUSS@CHARTER.NET | Trade Debt | | | | $534,169.82 |
| 23 | ITW LABELS 1 MISSOURI RESEARCH PARK DR ST. CHARLES, MO 63304 UNITED STATES | ITW LABELS Attn: TAMMY CROOKS SALES EXECUTIVE 1 MISSOURI RESEARCH PARK DR ST. CHARLES, MO 63304 UNITED STATES Phone: 800-695-0036 Fax: 800-695-4584 Email: TCROOKS@ITWLABELS.COM | Trade Debt | | | | $533,844.41 |
| 24 | HOLLINGSWORTH & VOSE COMPANY 112 WASHINGTON STREET EAST WALPOLE, MA 02032 UNITED STATES | HOLLINGSWORTH & VOSE COMPANY Attn: VALENTINE HOLLINGSWORTH PRESIDENT AND CEO 112 WASHINGTON STREET EAST WALPOLE, MA 02032 UNITED STATES Phone: 508-668-0295 Fax: 508-668-7403 Email: VHOLLINGSWORTH@HOVO.COM | Trade Debt | | | | $526,389.29 |

Debtor    UCI International, LLC
_____          Case number (if known) _____
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 25  BASF CORPORATION 1609 BIDDLE AVE WYANDOTTE, MI 48192 UNITED STATES | BASF CORPORATION Attn: ROBERT WISSEL ACCOUNT MANAGER 1609 BIDDLE AVE WYANDOTTE, MI 48192 UNITED STATES Phone: 317-834-1408 Fax: 734-324-5245 Email: ROBERT.WISSEL@BASF.COM | Trade Debt | | | | $497,925.43 |
| 26  DONALDSON COMPANY 1400 WEST 94TH STREET MINNEAPOLIS, MN 55440 UNITED STATES | DONALDSON COMPANY Attn: SHANNON DALY SALES MANAGER, PRIVATE LABEL 1400 WEST 94TH STREET MINNEAPOLIS, MN 55440 UNITED STATES Phone: 952-887-3102 Fax: 952-887-3716 Email: SHANNON.DALY@DONALDSON.COM | Trade Debt | | | | $486,154.60 |
| 27  MECCANOTECNICA USA INC. 41650 GARDENBROOKE ROAD SUITE 110 NOVI, MI 48375 UNITED STATES | MECCANOTECNICA USA INC. Attn: JEFF SNEED GENERAL MANAGER 41650 GARDENBROOKE ROAD SUITE 110 NOVI, MI 48375 UNITED STATES Phone: 248 347-0606 Email: JSNEED@MTU-GROUP.COM | Trade Debt | | | | $460,685.78 |
| 28  MILTEC INCORPORATED 6870 S 10TH STREET OAK CREEK, WI 53154 UNITED STATES | MILTEC INCORPORATED Attn: SCOTT ERBEY ACCOUNT MANAGER 6870 S 10TH STREET OAK CREEK, WI 53154 UNITED STATES Phone: 414-764-4630 Fax: 414-764-4470 Email: Serby@Miltecinc.com | Trade Debt | | | | $442,074.34 |
| 29  PALLET RECYCLERS 4200 UPPER MT VERNON RD EVANSVILLE, IN 47711 UNITED STATES | PALLET RECYCLERS Attn: NICK EDEN ACCOUNT MANAGER 4200 UPPER MT VERNON RD EVANSVILLE, IN 47711 UNITED STATES Phone: 812-402-0095 Fax: 812-402-0096 Email: neden@visioniv.net | Trade Debt | | | | $429,466.40 |
| 30  PENSION BENEFIT GUARANTY CORPORATION 1200 K STREET, NW WASHINGTON, DC 20005-4026 UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION Attn: W. THOMAS REEDER JR. DIRECTOR 1200 K STREET, NW WASHINGTON, DC 20005-4026 UNITED STATES Phone: 800-400-7242 Fax: 202-326-4047 | Pension Plan | Contingent, Unliquidated | | | Undetermined |

**Fill in this information to identify the case and this filing:**

Debtor Name  UCI International, LLC

United States Bankruptcy Court for the: _____ District of  Delaware
(State)

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   *Amended Schedule* ____

☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/02/2016          x _____
MM / DD / YYYY                     Signature of individual signing on behalf of debtor

Ricardo Felipe Alvergue
Printed name

Chief Financial Officer and Vice President
Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| UCI INTERNATIONAL, LLC | Case No. 16-_____ (___) |
| Debtor. | (Joint Administration Requested) |

### CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a)(1) and 7007.1, UCI International, LLC (the "Company") hereby states that the following list comprises all persons, other than a governmental unit, which directly or indirectly owns 10% or more of any class of equity interests in the Company.

| Debtor | Direct Owner | Indirect Owners |
|---|---|---|
| UCI International, LLC | UCI Acquisition Holdings (No. 1) Corp | UCI Holdings Limited<br>UCI Holdings (No.1) Limited<br>UCI Holdings (No.2) Limited<br>Graeme Richard Hart |

**Fill in this information to identify the case and this filing:**

Debtor Name  UCI International, LLC

United States Bankruptcy Court for the: _____ District of  Delaware
                                                                    (State)

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors
<span style="float:right">12/15</span>

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration  Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/02/2016          x _____
              MM / DD / YYYY         Signature of individual signing on behalf of debtor

                                     Ricardo Felipe Alvergue
                                     Printed name

                                     Chief Financial Officer and Vice President
                                     Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| UCI INTERNATIONAL, LLC | Case No. 16-_____ (___) |
| Debtor. | (Joint Administration Requested) |

## LIST OF EQUITY SECURITY HOLDERS

      Pursuant to Bankruptcy Rule 1007(a)(3), the following is a list of entities holding an interest in the above-captioned debtor.

| Name and Last Known Address or Place of Business of Holder | Nature of Interest Held | Ownership Percentage Held |
|---|---|---|
| UCI Acquisition Holdings (No. 1) Corp 1900 W. Field Court Lake Forest, IL 60045 | Class A Units | 100% |

**Fill in this information to identify the case and this filing:**

Debtor Name UCI International, LLC

United States Bankruptcy Court for the: _____ District of _Delaware_
(State)

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/02/2016
MM / DD / YYYY

x _____
Signature of individual signing on behalf of debtor

Ricardo Felipe Alvergue
Printed name

Chief Financial Officer and Vice President
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors