# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UCI INTERNATIONAL, LLC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11354 (MFW)<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS OF CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH

PLEASE TAKE NOTICE that Credit Suisse AG, Cayman Islands Branch ("Credit Suisse"), hereby enters its appearance by and through its counsel, Cravath, Swaine & Moore LLP and Landis Rath & Cobb LLP, pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that further copies of all notices and pleadings given or filed in the above-captioned cases be given to and served upon the following at the addresses listed below:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: UCI International, LLC (0186); Airtex Industries, LLC (0830); Airtex Products, LP (0933); ASC Holdco, Inc. (9758); ASC Industries, Inc. (7793); Champion Laboratories, Inc. (5645); UCI Acquisition Holdings (No. 1) Corp (5732); UCI Acquisition Holdings (No. 3) Corp (8277); UCI Acquisition Holdings (No. 4) LLC (8447); UCI-Airtex Holdings, Inc. (5425); UCI Holdings Limited (N/A); UCI Pennsylvania, Inc. (1527); and United Components, LLC (9857). The mailing address for each Debtor is 1900 West Field Court, Lake Forest, Illinois 60045.

{1092.001-W0042387.}

Paul H. Zumbro, Esquire
Omid H. Nasab, Esquire
Gregory D. Beaton, Esquire
Sharon Freiman Bardor, Esquire
Samuel P. Niles, Esquire
Brendan C. Benedict, Esquire
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile (212) 474-3700
Email: pzumbro@cravath.com
      onasab@cravath.com
      sfreiman@cravath.com
      gbeaton@cravath.com
      sniles@cravath.com
      bbenedict@cravath.com

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Travis J. Ferguson, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
      mcguire@lrclaw.com
      ferguson@lrclaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in the above-referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed to waive Credit Suisse's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under

agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

Dated: June 2, 2016
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Travis J. Ferguson, Esquire (No. 6029)
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
      mcguire@lrclaw.com
      ferguson@lrclaw.com

-and-

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro, Esquire
Omid H. Nasab, Esquire
Gregory D. Beaton, Esquire
Sharon Freiman Bardor, Esquire
Samuel P. Niles, Esquire
Brendan C. Benedict, Esquire
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile (212) 474-3700
Email: pzumbro@cravath.com
      onasab@cravath.com
      sfreiman@cravath.com
      gbeaton@cravath.com
      sniles@cravath.com
      bbenedict@cravath.com

*Counsel to Credit Suisse AG, Cayman Islands Branch*