# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| UCI INTERNATIONAL, LLC, et al.,[1] | Case No. 16-11354 (MFW) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: December 6, 2016 at 2:00 p.m. (ET) |
| | Objection Deadline: November 28, 2016 at 4:00 p.m. (ET) |

## NOTICE OF MOTION

TO: (I) THE OFFICE OF THE U.S. TRUSTEE; (II) COUNSEL TO THE COMMITTEE; (III) COUNSEL TO CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH, THE ADMINISTRATIVE AGENT, COLLATERAL AGENT AND ISSUING LENDER FOR THE DEBTORS' PREPETITION CREDIT FACILITY; (IV) COUNSEL TO WILMINGTON TRUST, N.A., THE INDENTURE TRUSTEE FOR THE DEBTORS' PREPETITION UNSECURED NOTES; (V) COUNSEL TO CERTAIN HOLDERS OF THE DEBTORS' PREPETITION UNSECURED NOTES; (VI) COUNSEL TO HENGST OF NORTH AMERICA, INC.; AND (VII) ALL PARTIES THAT HAVE FILED A NOTICE APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO BANKRUPTCY RULE 2002.

**PLEASE TAKE NOTICE** that UCI International, LLC and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") have filed the attached **Motion of the Debtors for Entry of an Order (A) Authorizing the Debtors to Assume Certain Executory Contracts; (B) Establishing Cure Amounts; and (C) Granting Related Relief** (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be filed on or before **November 28, 2016 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of any response or objection upon the undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: UCI International, LLC (0186); Airtex Industries, LLC (0830); Airtex Products, LP (0933); ASC Holdco, Inc.; (9758); ASC Industries, Inc. (7793); Champion Laboratories, Inc. (5645); UCI Acquisition Holdings (No. 1) Corp (5732); UCI Acquisition Holdings (No. 3) Corp (8277); UCI Acquisition Holdings (No. 4) LLC (8447); UCI-Airtex Holdings, Inc. (5425); UCI Holdings Limited (N/A); UCI Pennsylvania, Inc. (1527); and United Components, LLC (9857). The mailing address for each Debtor is 2201 Waukegan Road, Suite 140, Bannockburn, Illinois 60015.

01:19514348.1

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **DECEMBER 6, 2016 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE MARY F. WALRATH IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: November 10, 2016
Wilmington, Delaware

SIDLEY AUSTIN LLP
Larry J. Nyhan
Jessica C.K. Boelter
Kerriann S. Mills
Geoffrey M. King
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ashley E. Jacobs*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Ashley E. Jacobs (No. 5635)
Elizabeth S. Justison (No. 5911)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION

01:19514348.1