**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| UCI INTERNATIONAL, LLC, et al.[1] | Case No. 16-11354 (MFW) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 467, 632, 718 & 821 |

**NOTICE OF FILING OF FURTHER REVISED JOINT PLAN OF REORGANIZATION FOR UCI INTERNATIONAL, LLC AND ITS DEBTOR AFFILIATES PROPOSED BY THE DEBTORS, THE AD HOC COMMITTEE OF SENIOR NOTEHOLDERS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**PLEASE TAKE NOTICE** that, on August 26, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Joint Plan of Reorganization for UCI International, LLC and its Debtor Affiliates* [Docket No. 467] (the "Plan") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, on September 30, 2016, the Debtors filed the *Joint Plan of Reorganization for UCI International, LLC and its Debtor Affiliates Proposed by the Debtors, the Ad Hoc Committee of Senior Noteholders and the Official Committee of Unsecured Creditors* [Docket No. 632] (the "Revised Plan") with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, on October 13, 2016, the Debtors filed the *Joint Plan of Reorganization for UCI International, LLC and its Debtor Affiliates Proposed by the Debtors, the Ad Hoc Committee of Senior Noteholders and the Official Committee of Unsecured Creditors* [Docket No. 718] (the "Second Revised Plan") with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, on November 1, 2016, the Debtors filed the *Joint Plan of Reorganization for UCI International, LLC and its Debtor Affiliates Proposed by the Debtors, the Ad Hoc Committee of Senior Noteholders and the Official Committee of Unsecured Creditors* [Docket No. 821] (the "Second Revised Plan-Solicitation Version") with the Bankruptcy Court.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: UCI International, LLC (0186); Airtex Industries, LLC (0830); Airtex Products, LP (0933); ASC Holdco, Inc. (9758); ASC Industries, Inc. (7793); Champion Laboratories, Inc. (5645); UCI Acquisition Holdings (No. 1) Corp (5732); UCI Acquisition Holdings (No. 3) Corp (8277); UCI Acquisition Holdings (No. 4) LLC (8447); UCI-Airtex Holdings, Inc. (5425); UCI Holdings Limited (N/A); UCI Pennsylvania, Inc. (1527); and United Components, LLC (9857). The mailing address for each Debtor is 2201 Waukegan Road, Suite 140, Bannockburn, Illinois 60015.

01:21277577.1

**PLEASE TAKE FURTHER NOTICE** that, on December 2, 2016, the Debtors filed the *Joint Plan of Reorganization for UCI International, LLC and its Debtor Affiliates Proposed by the Debtors, the Ad Hoc Committee of Senior Noteholders and the Official Committee of Unsecured Creditors* (the "<u>Third Revised Plan</u>"),[2] a copy of which is attached hereto as <u>Exhibit A</u>, with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that for the convenience of the Bankruptcy Court and all parties in interest, a blackline reflecting the changes made from the Second Revised Plan-Solicitation Version to the Third Revised Plan is attached hereto as <u>Exhibit B</u>.

**PLEASE TAKE FURTHER NOTICE** that, until approved, the Third Revised Plan is subject to change and the Debtors reserve all rights in connection therewith.

Dated: December 2, 2016  
Wilmington, Delaware

SIDLEY AUSTIN LLP  
Larry J. Nyhan  
Jessica C.K. Boelter  
Kerriann S. Mills  
Geoffrey M. King  
One South Dearborn Street  
Chicago, Illinois 60603  
Telephone: (312) 853-7000  
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ashley E. Jacobs*  
Robert S. Brady (No. 2847)  
Edmon L. Morton (No. 3856)  
Ashley E. Jacobs (No. 5635)  
Elizabeth S. Justison (No. 5911)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS  
AND DEBTORS IN POSSESSION

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Revised Plan.

01:21277577.1