# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| UCI International, LLC, et al.[1] | ) Case No. 16-11354 (MFW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Jeanette Ashley, being duly sworn, depose and state:

1. I am a Senior Project Manager with Garden City Group, LLC, the claims and noticing agent for the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On December 15, 2016, at the direction of Sidley Austin LLP ("Sidley Austin"), counsel to the Debtors, and Young Conaway Stargatt & Taylor, LLP ("Young Conaway"), local counsel to the Debtors, I caused true and correct copies of the following documents to be served by first class mail on the parties identified on Exhibit A annexed hereto (Contract Counterparties and any known counsel):

- **Notice of Filing of Plan Supplement** (Docket No. 921); and

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: UCI International, LLC (0186); Airtex Industries, LLC (0830); Airtex Products, LP (0933); ASC Holdco, Inc. (9758); ASC Industries, Inc. (7793); Champion Laboratories, Inc. (5645); UCI Acquisitions Holdings (No. 1) Corp (5732); UCI Acquisitions Holdings (No. 3) Corp (8277); UCI Acquisition Holdings (No. 4) LLC (8447); UCI-Airtex Holdings, Inc. (5425); UCI Holdings Limited (N/A), UCI Pennsylvania, Inc. (1527); and United Components, LLC (9857). The mailing address for each Debtor is 2201 Waukegan Road, Suite 140, Bannockburn, Illinois 60015.

- **[Customized] Notice of (A) Executory Contracts and Unexpired Leases to be Assumed by the Debtors Pursuant to the Plan, (B) Cure Amounts, if any, and (C) Related Procedures in Connection Therewith.**

/s/ Jeanette Ashley
Jeanette Ashley

Sworn to before me this 21st day of December, 2016

/s/ Debra Wolther
Debra Wolther
Notary Public, State of New York
Qualified in Nassau County
No. 02WO4853469
Commission Expires January 27, 2018

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| DICKINSON WRIGHT PLLC | ATTN JAMES A PLEMMONS ESQ | 500 WOODWARD AVENUE | SUITE 4000 | | DETROIT | MI | 48226-3425 |
| FCA US LLC | ATTENTION: HEAD OF PURCHASING | 1000 CHRYSLER DRIVE | | | AUBURN HILLS | M | 48326 |
| FCA US LLC | ATTENTION: HEAD OF PURCHASING | 1000 CHRYSLER DRIVE | | | AUBURN HILLS | M | 48326 |
| HARBOR CAPITAL 010 | 831 E. MOREHEAD STREET, SUITE 350 | | | | CHARLOTTE | NC | 28202 |
| HARBOR CAPITAL LEASING LLC | ATTN PRESIDENT, MANAGING, OR GENERAL AGENT | 7901 SOUTHPARK PLAZA | STE 204 | | LITTLETON | CO | 80120 |
| HARBOR CAPITAL LEASING LLC | MAC U1240-026 | C/O WELLS FARGO BANK NW NA | 260 N CHARLES LINDBERGH DR | | SALT LAKE CITY | UT | 84116-2812 |