# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| UCI INTERNATIONAL, LLC, et al.[1] | Case No. 16-11354 (MFW) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 822, 971, 975 & 992 |

### NOTICE OF (I) ENTRY OF CONFIRMATION ORDER, (II) OCCURRENCE OF EFFECTIVE DATE OF THE PLAN, AND (III) RELATED BAR DATES

**PLEASE TAKE NOTICE** that, on December 6, 2016, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Findings of Fact, Conclusions of Law, and Order Confirming the Joint Plan of Reorganization for UCI International, LLC and Its Debtor Affiliates Proposed by the Debtors, the Ad Hoc Committee of Senior Noteholders and the Official Committee of Unsecured Creditors* [D.I. 992] (the "Confirmation Order"), pursuant to which the Bankruptcy Court approved and confirmed the *Joint Plan of Reorganization for UCI International, LLC and Its Debtor Affiliates Proposed by the Debtors, the Ad Hoc Committee of Senior Noteholders and the Official Committee of Unsecured Creditors* [D.I. 971] (as modified, amended, or supplemented from time to time, the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on **December 30, 2016** (the "Effective Date"). All conditions contained in Section 9.1 of the Plan have been satisfied or waived in accordance with Section 9.2 of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1141(a) of the Bankruptcy Code, the provisions of the Plan and the Confirmation Order shall bind the Debtors, the Reorganized Debtors, all Holders of Claims against and Interests in each of the Debtors and each such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is Impaired under the Plan and whether or not such Holder has accepted the Plan, and all other parties that are affected in any manner by the Plan.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: UCI International, LLC (0186); Airtex Industries, LLC (0830); Airtex Products, LP (0933); ASC Holdco, Inc. (9758); ASC Industries, Inc. (7793); Champion Laboratories, Inc. (5645); UCI Acquisition Holdings (No. 1) Corp (5732); UCI Acquisition Holdings (No. 3) Corp (8277); UCI Acquisition Holdings (No. 4) LLC (8447); UCI-Airtex Holdings, Inc. (5425); UCI Holdings Limited (N/A); UCI Pennsylvania, Inc. (1527); and United Components, LLC (9857). The mailing address for each Debtor is 2201 Waukegan Road - Suite 140, Bannockburn, Illinois 60015.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan or the Confirmation Order, as applicable.

01:21368303.1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 6.3 of the Plan, any proofs of claim asserting Claims arising from the rejection of the Executory Contracts and Unexpired Leases pursuant to the Plan or otherwise must be filed with the Claims, Noticing, and Solicitation Agent **no later than January 30, 2017** or, if the effective date of rejection is not the Effective Date, 30 days after the effective date of such rejection. Any proofs of claim arising from the rejection of the Executory Contracts or Unexpired Leases that are not timely filed shall be disallowed automatically and forever barred, estopped, and enjoined from assertion and shall not be enforceable against the Debtors or the Reorganized Debtors, without the need for any objection by the Reorganized Debtors or any further notice to or action, order, or approval of the Bankruptcy Court, and any Claim arising out of the rejection of the Executory Contract or Unexpired Lease shall be deemed fully satisfied, released, and discharged, notwithstanding anything in the Schedules or a proof of claim to the contrary. All Allowed Claims arising from the rejection of the Executory Contracts and Unexpired Leases shall be classified as General Unsecured Claims, except as otherwise provided by order of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 12.3 of the Plan and Paragraph 44 of the Confirmation Order, all applications for final allowance of compensation or reimbursement of expenses incurred by any Professional, and all other requests for the payment of Administrative Expense Claims, including all requests for the allowance of any Administrative Expense Claim pursuant to section 503(b)(3)(D) of the Bankruptcy Code for substantial contributions made in the Chapter 11 Cases (but excluding (x) all requests for the payment of obligations incurred by the Debtors in the ordinary course of their business operations after the Petition Date and (y) Administrative Expense Claims authorized under the Backstop Order) must be filed with the Court and served on the Reorganized Debtors and their counsel at the addresses set forth in Section 12.3 of the Plan **not later than January 30, 2017**, unless otherwise ordered by the Court. Any request for the payment of an Administrative Expense Claim that is not timely filed and served may be discharged and forever barred, and the Holder of such Administrative Expense Claim may be enjoined from commencing or continuing any action, process, or act to collect, offset or recover such Claim. The Debtors and the Reorganized Debtors shall have sole responsibility for filing objections to and resolving all requests for the allowance of Administrative Expense Claims.

**PLEASE TAKE FURTHER NOTICE THAT**, for the avoidance of doubt, and notwithstanding anything to the contrary set forth in the Plan or the Confirmation Order, Interests in UCI Holdings shall not be cancelled, annulled, or extinguished until UCI Holdings has been removed from the New Zealand companies register in accordance with the provisions of the Companies Act 1993 (NZ).

**PLEASE TAKE FURTHER NOTICE THAT** any party in interest who wishes to obtain a copy of the Plan or the Confirmation Order may view and download such documents free of charge at http://cases.gcginc.com/uci/. In addition, all documents that are filed with the Bankruptcy Court may be reviewed during regular business hours (8:00 a.m. to 4:00 p.m. weekdays, prevailing Eastern Time, except federal holidays) at the office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware, or at http://www.deb.uscourts.gov.

| | |
|---|---|
| Dated:  December 30, 2016 | SIDLEY AUSTIN LLP<br>Larry J. Nyhan<br>Jessica C.K. Boelter<br>Kerriann S. Mills<br>Geoffrey M. King<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone:  (312) 853-7000<br>Facsimile:  (312) 853-7036<br><br>- and -<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ashley E. Jacobs*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Ashley E. Jacobs (No. 5635)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br><br>ATTORNEYS FOR THE REORGANIZED DEBTORS |