# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| UCI INTERNATIONAL, LLC, et al.,[1] | Case No. 16-11354 (MFW) |
| Reorganized Debtors. | (Jointly Administered) |
| | Hearing Date: January 17, 2017 at 10:30 a.m. (ET) |
| | Ref. Docket No. 1022 |

### NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM REGARDING DEBTORS' SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1

**PLEASE TAKE NOTICE** that the reorganized debtors in the above-captioned cases (the "Reorganized Debtors"), by and through the undersigned counsel, have delivered to Chambers copies of the proofs of claim, along with all attachments, that are the subject of the *Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1* [Docket No. 1022]. Copies of said proofs of claim may be requested from the Reorganized Debtors' undersigned counsel.

[SIGNATURE PAGE FOLLOWS]

---

[1] The Reorganized Debtors in these chapter 11 cases, together with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows: UCI International, LLC (0186); Airtex Industries, LLC (0830); Airtex Products, LP (0933); ASC Holdco, Inc.; (9758); ASC Industries, Inc. (7793); Champion Laboratories, Inc. (5645); UCI Acquisition Holdings (No. 1) Corp (5732); UCI Acquisition Holdings (No. 3) Corp (8277); UCI Acquisition Holdings (No. 4) LLC (8447); UCI-Airtex Holdings, Inc. (5425); UCI Holdings Limited (N/A); UCI Pennsylvania, Inc. (1527); and United Components, LLC (9857). The mailing address for each Reorganized Debtor is 2201 Waukegan Road, Suite 140, Bannockburn, Illinois 60015.

| | |
|---|---|
| Dated: January 3, 2017<br>Wilmington, Delaware | SIDLEY AUSTIN LLP<br>Larry J. Nyhan<br>Jessica C.K. Boelter<br>Kerriann S. Mills<br>Geoffrey M. King<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>   - and -<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ashley E. Jacobs*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Ashley E. Jacobs (No. 5635)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>ATTORNEYS FOR THE REORGANIZED DEBTORS |

01:21371840.1