**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| UCI INTERNATIONAL, LLC, <u>et al.</u><sup>1</sup> | Case No. 16-11354 (MFW) |
| Reorganized Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 921 & 972 |

**NOTICE OF FILING OF FURTHER AMENDMENT TO EXHIBIT
6.1.1 OF THE PLAN SUPPLEMENT (REJECTED EXECUTORY
CONTRACT AND UNEXPIRED LEASE LIST)**

**PLEASE TAKE NOTICE** that, on November 18, 2016, the above-captioned debtors and debtors in possession (collectively, as applicable, the "<u>Debtors</u>" or the "<u>Reorganized Debtors</u>") filed the Plan Supplement [D.I. 921], containing, in Exhibit 6.1.1 thereto, the Rejected Executory Contract and Unexpired Lease List setting forth those Executory Contracts and Unexpired Leases that the Debtors intended to reject as of the Effective Date.[2]

**PLEASE TAKE FURTHER NOTICE** that, on December 2, 2016, the Debtors filed the Second Plan Supplement [D.I. 972], which included, among other things, an amended version of the Rejected Executory Contract and Unexpired Lease List.

**PLEASE TAKE FURTHER NOTICE** that, on December 6, 2016, the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") entered the *Findings of Fact, Conclusions of Law, and Order Confirming the Joint Plan of Reorganization for UCI International, LLC and Its Debtor Affiliates Proposed by the Debtors, the Ad Hoc Committee of Senior Noteholders and the Official Committee of Unsecured Creditors* [D.I. 992] (the "<u>Confirmation Order</u>"), pursuant to which the Court approved and confirmed the *Joint Plan of Reorganization for UCI International, LLC and Its Debtor Affiliates Proposed by the Debtors, the Ad Hoc Committee of Senior Noteholders and the Official Committee of Unsecured Creditors* [D.I. 971] (as modified, amended, or supplemented from time to time, the "<u>Plan</u>"). The Effective Date of the Plan occurred on December 30, 2016 [D.I. 1068].

---

[1] The Reorganized Debtors in these chapter 11 cases, together with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows: UCI International, LLC (0186); Airtex Industries, LLC (0830); Airtex Products, LP (0933); ASC Holdco, Inc.; (9758); ASC Industries, Inc. (7793); Champion Laboratories, Inc. (5645); UCI International Holdings, Inc. (5732); UCI Acquisition Holdings (No. 3) Corp (8277); UCI Acquisition Holdings (No. 4) LLC (8447); UCI-Airtex Holdings, Inc. (5425); UCI Holdings Limited (N/A); UCI Pennsylvania, Inc. (1527); and United Components, LLC (9857). The mailing address for each Reorganized Debtor is 2201 Waukegan Road, Suite 140, Bannockburn, Illinois 60015.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan (as defined below).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 26 of the Confirmation Order and section 6.1 of the Plan, the Reorganized Debtors, with the consent of the Plan Sponsors, reserved the right to alter, amend, modify, or supplement the Rejected Executory Contract and Unexpired Lease List at any time through and including forty-five (45) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the terms of the Confirmation Order and Plan, attached hereto as <u>Exhibit A</u> is a further amendment to the Rejected Executory Contract and Unexpired Lease List, which includes certain additional Executory Contracts to be rejected as of the Effective Date. For the convenience of the Court and parties in interest, attached hereto as <u>Exhibit B</u> is a blackline indicating the modifications made to the Rejected Executory Contract and Unexpired Lease List filed on December 2, 2016.

**PLEASE TAKE FURTHER NOTICE** that neither the exclusion nor inclusion of any Executory Contract or Unexpired Lease on the Rejected Executory Contract and Unexpired Lease List, including any amendments thereto, nor anything contained in the Plan shall constitute an admission by the Debtors or the Reorganized Debtors, as applicable, that any such contract or lease is in fact an Executory Contract or Unexpired Lease or that any Reorganized Debtor has any liability thereunder. The Reorganized Debtors expressly reserve the right to contest any Claim asserted in connection with rejection of any Executory Contract or Unexpired Lease.

Dated: February 13, 2017  
Wilmington, Delaware

SIDLEY AUSTIN LLP  
Larry J. Nyhan  
Jessica C.K. Boelter  
Kerriann S. Mills  
Geoffrey M. King  
Blair M. Warner  
One South Dearborn Street  
Chicago, Illinois 60603  
Telephone: (312) 853-7000  
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ashley E. Jacobs*
Robert S. Brady (No. 2847)  
Edmon L. Morton (No. 3856)  
Ashley E. Jacobs (No. 5635)  
Elizabeth S. Justison (No. 5911)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

ATTORNEYS FOR THE REORGANIZED DEBTORS

# **EXHIBIT A**

**Amendment to Rejected Executory Contract and Unexpired Lease List**

# UCI International, LLC et al.

## Amended Rejected Executory Contract and Unexpired Lease List

| Party Name | Notice Address(es) | Contract Description |
|---|---|---|
| Advance Stores Company | Advance Stores Company<br>7807 Creekridge Circle<br>Minneapolis, MN 55439 | Customer Agreement dated 6/1/2012 and all amendments and addendums |
| Advance Stores Company Inc | Advance Stores Company Inc<br>5008 Airport Rd<br>Roanoke, VA 24012 | Confidentiality and Nondisclosure Agreement dated October 16, 2006 |
| Aramark Uniform Services, a division of Aramark Uniform & Career Apparel, LLC | Aramark Uniform Services,<br>Attn: Director, National Accounts<br>115 North First Street<br>Burbank, CA 91502 | Letter of Intent executed June 25, 2013, and any related Renewal Agreements |
| Bruce Zorich | Bruce Zorich<br>Address Redacted | Separation Agreement and General Release of all Claims |
| Crown Equipment Corporation | Crown Equipment Corporation<br>470-44 South Washington St<br>New Bremen, OH 45869 | Mutual Non-Disclosure Agreement dated October 14, 2013 |
| Dana Automotive Systems Group LLC | Dana Automotive Systems Group LLC<br>3939 Technology Dr<br>Maumee, OH 43537 | Confidentiality Agreement dated August 26, 2013 |
| GELCO Corporation d/b/a GE Fleet Services | GELCO Corporation d/b/a GE Fleet Services<br>Three Capital Drive<br>Eden Prairie, MN 55344 | Master Lease Agreement dated 10/17/2012; Electronic Fuel Card Addendum dated 10/17/2012; Accident Services Addendum dated 10/17/2012; Confidentiality Agreement Letter dated 10/17/2012; and Driver Order Management Addendum 11/28/2012 |
| Hewitt Associates LLC / Aon Consulting Inc | Hewitt Associates LLC / Aon Consulting Inc<br>4 Overlook Point<br>Lincolnshire, IL 60069-4302 | Master Consulting Agreement effective 1/1/14 |
| JMB Integrated Solutions, Inc. | JIT Packaging Cincinnati, Inc.<br>Attn: Erin Hogan Jones<br>1550 Kingsview Drive<br>Lebanon, OH 45036<br><br>JMB Integrated Solutions, Inc.<br>212 West Washington Suite 1512<br>Chicago, IL 60606 | Purchase and Supply Corrugated Agreement dated 1/30/16 |

2/13/2017

Contracts and unexpired leases listed include all related amendments, schedules, exhibits, statements of work, and other ancillary documents, as each may have been amended, restated or supplemented from time to time.

EK110

## UCI International, LLC et al.

## Amended Rejected Executory Contract and Unexpired Lease List

| Party Name | Notice Address(es) | Contract Description |
|---|---|---|
| Kuss Filtration Inc | Kuss Filtration Inc<br>2150 Industrial Dr<br>Findlay, OH 45840 | Mutual Non-Disclosure and Confidential Information Agreement dated November 9, 2015 |
| Ricardo Felipe Alvergue | Ricardo Felipe Alvergue<br>Address Redacted | Employment Agreement |
| Schnair Sales & Services Inc | Schnair Sales & Services Inc<br>1801 Royal Lane<br>Ste 510<br>Dallas, TX 75529 | Sales Representation Agreement dated 8/1/2015 |
| Southern Business Machines Inc | Southern Business Machines Inc<br>2040 E Division Street<br>Evansville, IN 47711 | Postage meter machines (N14032143) (N14032168) |
| Surety Refrigeration Serv & Equip Co | Surety Refrigeration Serv & Equip Co<br>862 S Broadway<br>St. Louis, MO 63111-3809 | Equipment Lease |
| Tasco LLC | Tasco LLC<br>One Commerce Square<br>Ste 1500<br>Memphis, TN 38103 | Sales Representation Agreement dated 11/1/2014 including all amendments and addendums |
| The Northern Trust Company | The Northern Trust Company<br>50 South La Salle St<br>M-28<br>Chicago, IL 60603 | Employee Benefits Trust Agreement effective 1/1/15 |
| Trustees Of The CF Syndicate | Trustees Of The CF Syndicate<br>49 Bishops Rd<br>London 5W6 7Al United Kingdom<br><br>Trustees Of The CF Syndicate<br>Beadles Hall Chignall Smealey<br>Chelmsford Essex Cmq 4Sz United Kingdom<br><br>Trustees Of The CF Syndicate<br>Rosemary Cottage Rosers Cross<br>Waldron East Essex Tn21 0Qn United Kingdom<br><br>Trustees Of The CF Syndicate<br>The Old Barns The Old Rd<br>Felmersham Berkshire Mk43 7Jd United Kingdom | Underlease dated 03/19/2002 relating to Unit 1 Mansfield Park, Crown Farm Way, Mansfield, Nottinghamshire |
| Weichai America Corp | Weichai America Corp<br>3100 Golf Rd<br>Rolling Meadows, IL 60008 | Mutual Non-Disclosure Agreement executed October 19, 2015 |

**Contracts and unexpired leases listed include all related amendments, schedules, exhibits, statements of work, and other ancillary documents, as each may have been amended, restated or supplemented from time to time.**

# UCI International, LLC et al.

## Amended Rejected Executory Contract and Unexpired Lease List

| Party Name | Notice Address(es) | Contract Description |
|---|---|---|
| Xerox HR Solutions LLC | Xerox HR Solutions LLC<br>2828 North Haskell Dr<br>Building #1, 9th Floor<br>Dallas, TX 75204 | Plan Administrator Agreement |

Neither the exclusion nor inclusion of any Executory Contract or Unexpired Lease on this Rejected Executory Contract and Unexpired Lease List, including any amendments thereto, nor anything contained in the Plan constitutes an admission by the Debtors or the Reorganized Debtors, as applicable, that any such contract or lease is in fact an Executory Contract or Unexpired Lease or that any Reorganized Debtor has any liability thereunder. The Reorganized Debtors expressly reserve the right to contest any Claim asserted in connection with rejection of any Executory Contract or Unexpired Lease.

2/13/2017

Contracts and unexpired leases listed include all related amendments, schedules, exhibits, statements of work, and other ancillary documents, as each may have been amended, restated or supplemented from time to time.

EK110

# EXHIBIT B

**Blackline**

01:21544124.2

# UCI International, LLC et al.
# Amended Rejected Executory Contract and Unexpired Lease List

| Party Name | Notice Address(es) | Contract Description |
|---|---|---|
| Advance Stores Company | Advance Stores Company<br>7807 Creekridge Circle<br>Minneapolis, MN 55439 | Customer Agreement dated 6/1/2012 and allamendments and addendums |
| Advance Stores Company Inc | Advance Stores Company Inc<br>5008 Airport Rd<br>Roanoke, VA 24012 | Confidentiality and Nondisclosure Agreement dated October 16, 2006 |
| Aramark Uniform Services, a division of Aramark Uniform & Career Apparel, LLC | Aramark Uniform Services,<br>Attn: Director, National Accounts<br>115 North First Street<br>Burbank, CA 91502 | Letter of Intent executed June 25,2013, and any related Renewal Agreements |
| Bruce Zorich | Bruce Zorich<br>Address Redacted | Separation Agreement and General Release of all Claims |
| Crown Equipment Corporation | Crown Equipment Corporation<br>470-44 South Washington St<br>New Bremen, OH 45869 | Mutual Non-Disclosure Agreement dated October 14, 2013 |
| Dana Automotive Systems Group LLC | Dana Automotive Systems Group LLC<br>3939 Technology Dr<br>Maumee, OH 43537 | Confidentiality Agreement dated August 26, 2013 |
| GELCO Corporation d/b/a GE Fleet Services | GELCO Corporation d/b/a GE Fleet Services<br>Three Capital Drive<br>Eden Prairie, MN 55344 | Master Lease Agreement dated 10/17/2012; Electronic Fuel Card Addendum dated 10/17/2012; Accident Services Addendum dated 10/17/2012; Confidentiality Agreement Letter dated 10/17/2012; and Driver Order Management Addendum11/28/2012 |
| Hewitt Associates LLC / Aon Consulting Inc | Hewitt Associates LLC / Aon Consulting Inc<br>4 Overlook Point<br>Lincolnshire, IL 60069-4302 | Master Consulting Agreement effective 1/1/14 |
| JMB Integrated Solutions, Inc. | JIT Packaging Cincinnati, Inc.<br>Attn: Erin Hogan Jones<br>1550 Kingsview Drive<br>Lebanon, OH 45036<br><br>JMB Integrated Solutions, Inc.<br>212 West Washington Suite 1512<br>Chicago, IL 60606 | Purchase and Supply Corrugated Agreement dated 1/30/16 |
| Kuss Filtration Inc | Kuss Filtration Inc<br>2150 Industrial Dr<br>Findlay, OH 45840 | Mutual Non-Disclosure and Confidential Information Agreement dated November 9, 2015 |
| Ricardo Felipe Alvergue | Ricardo Felipe Alvergue<br>Address Redacted | Employment Agreement |
| Schnair Sales & Services Inc | Schnair Sales & Services Inc<br>1801 Royal Lane<br>Ste 510<br>Dallas, TX 75529 | Sales Representation Agreement dated 8/1/2015 |

| | | |
|---|---|---|
| Southern Business Machines Inc | Southern Business Machines Inc<br>2040 E Division Street<br>Evansville, IN 47711 | Postage meter machines (N14032143) (N14032168) |
| Surety Refrigeration Serv & Equip Co | Surety Refrigeration Serv & Equip Co<br>862 S Broadway<br>St. Louis, MO 63111-3809 | Equipment Lease |
| Tasco LLC | Tasco LLC<br>One Commerce Square<br>Ste 1500<br>Memphis, TN 38103 | Sales Representation Agreement dated 11/1/2014 including all amendments and addendums |
| The Northern Trust Company | The Northern Trust Company<br>50 South La Salle St<br>M-28<br>Chicago, IL 60603 | Employee Benefits Trust Agreement effective 1/1/15 |
| Trustees Of The CF Syndicate | Trustees Of The CF Syndicate<br>49 Bishops Rd<br>London 5W6 7Al United Kingdom<br><br>Trustees Of The CF Syndicate<br>Beadles Hall Chignall Smealey<br>Chelmsford Essex Cmq 4Sz United Kingdom<br><br>Trustees Of The CF Syndicate<br>Rosemary Cottage Rosers Cross<br>Waldron East Essex Tn21 0Qn United Kingdom<br><br>Trustees Of The CF Syndicate<br>The Old Barns The Old Rd<br>Felmersham Berkshire Mk43 7Jd United Kingdom | Underlease dated 03/19/2002 relating to Unit 1 Mansfield Park, Crown Farm Way, Mansfield, Nottinghamshire |
| Weichai America Corp | Weichai America Corp<br>3100 Golf Rd<br>Rolling Meadows, IL 60008 | Mutual Non-Disclosure Agreement executed October 19, 2015 |
| Xerox HR Solutions LLC | Xerox HR Solutions LLC<br>2828 North Haskell Dr<br>Building #1, 9th Floor<br>Dallas, TX 75204 | Plan Administrator Agreement |

2