IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| UCI INTERNATIONAL, LLC, et al.[1] | Case No. 16-11354 (MFW) |
| Reorganized Debtors. | Jointly Administered |
| | Hearing Date: November 21, 2017 at 10:30 a.m. (ET) |
| | Response Deadline: November 3, 2017 at 4:00 p.m. (ET) |

**NOTICE OF REORGANIZED DEBTORS' FIFTEENTH
OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1**

TO:   (I) THE OFFICE OF THE U.S. TRUSTEE; (II) THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION; (III) THE OFFICE OF THE UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE; (IV) THE INTERNAL REVENUE SERVICE; (V) COUNSEL TO THE COMMITTEE; (VI) COUNSEL TO CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH, THE ADMINISTRATIVE AGENT, COLLATERAL AGENT AND ISSUING LENDER FOR THE DEBTORS' PREPETITION CREDIT FACILITY; (VII) COUNSEL TO WILMINGTON TRUST, N.A., THE INDENTURE TRUSTEE FOR THE DEBTORS' PREPETITION UNSECURED NOTES; (VIII) COUNSEL TO CERTAIN HOLDERS OF THE DEBTORS' PREPETITION UNSECURED NOTES; (IX) THE CLAIMANTS LISTED ON EXHIBIT A TO THE OBJECTION; AND (X) ALL PARTIES THAT HAVE FILED A NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that, on October 20, 2017, the above-captioned reorganized debtors (collectively, the "Reorganized Debtors") filed the **Reorganized Debtors' Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1** (the "Objection")[2] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), which seeks to alter the rights of the parties listed on Exhibit A to the Objection. Specifically,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: UCI International, LLC (0186); Airtex Industries, LLC (0830); Airtex Products, LP (0933); ASC Holdco, Inc. (9758); ASC Industries, Inc. (7793); Champion Laboratories, Inc. (5645); UCI International Holdings, Inc. (5732); UCI Acquisition Holdings (No. 3) Corp (8277); UCI Acquisition Holdings (No. 4) LLC (8447); UCI-Airtex Holdings, Inc. (5425); UCI Holdings Limited (N/A); UCI Pennsylvania, Inc. (1527); and United Components, LLC (9857). The mailing address for each Debtor is 2201 Waukegan Road - Suite 140, Bannockburn, Illinois 60015.

[2] All capitalized terms used but not defined herein shall have the meanings assigned to them in the Objection.

the Reorganized Debtors request the entry of an order disallowing in full the No Liability Claims set forth on <u>Exhibit A</u>.

**PLEASE TAKE FURTHER NOTICE** that any responses (each, a "<u>Response</u>") to the relief requested in the Objection must be filed on or before **November 3, 2017 at 4:00 p.m. (ET)** (the "<u>Response Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, any party submitting a Response (each, a "<u>Respondent</u>") must serve a copy of its Response upon the undersigned counsel to the Reorganized Debtors so as to be received on or before the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that any Response must contain, at a minimum, the following:

(a) a caption setting forth the name of the Bankruptcy Court, the case number, and the title of the Objection to which the Response is directed;

(b) the name of the Respondent and a description of the basis for the amount and classification asserted in the No Liability Claim (as defined in the Objection), if applicable;

(c) a concise statement setting forth the reasons why the No Liability Claim should not be disallowed or modified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which the Respondent will rely in opposing the Objection;

(d) all documentation or other evidence of the No Liability Claim or asserted amount and classification, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which the Respondent will rely in opposing the Objection at the Hearing (as defined below);

(e) the address(es) to which the Reorganized Debtors must return any reply to the Response; and

(f) the name, address, and telephone number of the person (which may be the claimant or its legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the No Liability Claim and/or the Response on behalf of the Respondent.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE OBJECTION WILL BE HELD BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801 ON **NOVEMBER 21, 2017 AT 10:30 A.M. (ET).**

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND TO THE OBJECTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.**

| | |
|---|---|
| Dated: October 20, 2017<br>Wilmington, Delaware | SIDLEY AUSTIN LLP<br>Larry J. Nyhan<br>Jessica C.K. Boelter<br>Michael T. Gustafson<br>Blair M. Warner<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>-and-<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ashley E. Jacobs*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Ashley E. Jacobs (No. 5635)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>ATTORNEYS FOR THE REORGANIZED DEBTORS |