## Exhibit 2

**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| UCI INTERNATIONAL, LLC, <u>et al.</u><sup>1</sup> | Case No. 16-11354 (MFW) |
| Reorganized Debtors. | Jointly Administered |
| | Ref. Docket No. ___ |

**ORDER SUSTAINING REORGANIZED DEBTORS'
FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1**

**("NO LIABILITY CLAIMS")**

Upon consideration of the Reorganized Debtors' Fifteenth Omnibus (Substantive) Objection to Claims (the "<u>Objection</u>"), by which the Reorganized Debtors request the entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, disallowing the No Liability Claims[2] set forth on <u>Exhibit A</u> attached hereto; and upon consideration of the Iles Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

---

[1] The Reorganized Debtors in these chapter 11 cases, together with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows: UCI International, LLC (0186); Airtex Industries, LLC (0830); Airtex Products, LP (0933); ASC Holdco, Inc. (9758); ASC Industries, Inc. (7793); Champion Laboratories, Inc. (5645); UCI Acquisition Holdings (No. 1) Corp (5732); UCI Acquisition Holdings (No. 3) Corp (8277); UCI Acquisition Holdings (No. 4) LLC (8447); UCI-Airtex Holdings, Inc. (5425); UCI Holdings Limited (N/A); UCI Pennsylvania, Inc. (1527); and United Components, LLC (9857). The mailing address for each Reorganized Debtor is 2201 Waukegan Road, Suite 140, Bannockburn, Illinois 60015.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

2

ORDERED that the No Liability Claims set forth on the attached Exhibit A are hereby disallowed in their entirety; and it is further

ORDERED that the Claims Agent is authorized to amend the Claims Register to comport with the entry of this Order; and it is further

ORDERED that the relief granted herein is without prejudice to the Reorganized Debtors' rights to amend, modify, or supplement the Objection, and to file additional objections to claims filed in these chapter 11 cases; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2017
Wilmington, Delaware

    MARY F. WALRATH
    UNITED STATES BANKRUPTCY JUDGE

<strong>Exhibit A</strong>

<strong>NO LIABILITY CLAIMS</strong>
## Exhibit A

**NO LIABILITY CLAIMS**

**UCI INTERNATIONAL, LLC, et al.**
**Exhibit A – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | FAY P. GRIFFITH<br>515 SEMINARY<br>WEST SALEM, IL 62476 | 16-11354 | UCI International, LLC | 09/22/2016 | 527 | Undetermined* | Following communications with claimant, Debtors have determined the claim is based on a Pension Plan transferred to nondebtor pursuant to Global Settlement. Additionally, Debtors have no liability as claims of this nature may only be asserted directly against Pension Plan. |
| 2 | SAN FRANCISCO BAY REGIONAL WATER QUALITY CONTROL BOARD<br>C/O STATE WATER RESOURCES CONTROL BOARD - OCC<br>1001 I ST 22ND FL<br>SACRAMENTO, CA 95814 | 16-11354 | UCI International, LLC | 11/28/2016 | 931 | Undetermined* | Claim is contingent and unliquidated and appears to have been filed on a protective basis on account of alleged environmental remediation and monitoring obligations at the Benicia Industrial Park site, located at 4186 Industrial Park Road, Benicia, CA. The Debtors entered into a Cost Sharing Agreement prior to the Petition Date, which the Reorganized Debtors assumed as set forth in the Amended Assumed Executory Contract and Unexpired Lease List attached as Exhibit 6.1.2 to the Second Plan Supplement. To the extent remediation and monitoring obligations were assumed pursuant to the confirmed Plan, the Reorganized Debtors remain obligated to perform their duties under the Cost Sharing Agreement rather than the Debtors' estates. |

* - Indicates claim contains unliquidated and/or undetermined amounts

**UCI INTERNATIONAL, LLC, et al.**
**Exhibit A – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 3 | STATE WATER RESOURCES CONTROL BOARD C/O STATE WATER RESOURCES CONTROL BOARD - OCC 1001 I ST 22ND FL SACRAMENTO, CA 95814 | 16-11354 | UCI International, LLC | 11/28/2016 | 930 | Undetermined* | Claim is contingent and unliquidated and appears to have been filed on a protective basis on account of alleged environmental remediation and monitoring obligations at the Benicia Industrial Park site, located at 4186 Industrial Park Road, Benicia, CA. The Debtors entered into a Cost Sharing Agreement prior to the Petition Date, which the Reorganized Debtors assumed as set forth in the Amended Assumed Executory Contract and Unexpired Lease List attached as Exhibit 6.1.2 to the Second Plan Supplement.  To the extent remediation and monitoring obligations were assumed pursuant to the confirmed Plan, the Reorganized Debtors remain obligated to perform their duties under the Cost Sharing Agreement rather than the Debtors' estates. |
| | | | | | TOTAL | Undetermined* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts