# Exhibit A

## NO LIABILITY CLAIMS

01:22475652.1

UCI INTERNATIONAL, LLC, et al.
Exhibit A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | FAY P. GRIFFITH<br>515 SEMINARY<br>WEST SALEM, IL 62476 | 16-11354 | UCI International, LLC | 09/22/2016 | 527 | Undetermined* | Following communications with claimant, Debtors have determined the claim is based on a Pension Plan transferred to nondebtor pursuant to Global Settlement. Additionally, Debtors have no liability as claims of this nature may only be asserted directly against Pension Plan. |
| 2 | SAN FRANCISCO BAY REGIONAL WATER QUALITY CONTROL BOARD<br>C/O STATE WATER RESOURCES CONTROL BOARD - OCC<br>1001 I ST 22ND FL<br>SACRAMENTO, CA 95814 | 16-11354 | UCI International, LLC | 11/28/2016 | 931 | Undetermined* | Claim is contingent and unliquidated and appears to have been filed on a protective basis on account of alleged environmental remediation and monitoring obligations at the Benicia Industrial Park site, located at 4186 Industrial Park Road, Benicia, CA. The Debtors entered into a Cost Sharing Agreement prior to the Petition Date, which the Reorganized Debtors assumed as set forth in the Amended Assumed Executory Contract and Unexpired Lease List attached as Exhibit 6.1.2 to the Second Plan Supplement. To the extent remediation and monitoring obligations were assumed pursuant to the confirmed Plan, the Reorganized Debtors remain obligated to perform their duties under the Cost Sharing Agreement rather than the Debtors' estates. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 2

UCI INTERNATIONAL, LLC, et al.
Exhibit A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 3 | STATE WATER RESOURCES CONTROL BOARD C/O STATE WATER RESOURCES CONTROL BOARD - OCC 1001 I ST 22ND FL SACRAMENTO, CA 95814 | 16-11354 | UCI International, LLC | 11/28/2016 | 930 | Undetermined* | Claim is contingent and unliquidated and appears to have been filed on a protective basis on account of alleged environmental remediation and monitoring obligations at the Benicia Industrial Park site, located at 4186 Industrial Park Road, Benicia, CA. The Debtors entered into a Cost Sharing Agreement prior to the Petition Date, which the Reorganized Debtors assumed as set forth in the Amended Assumed Executory Contract and Unexpired Lease List attached as Exhibit 6.1.2 to the Second Plan Supplement. To the extent remediation and monitoring obligations were assumed pursuant to the confirmed Plan, the Reorganized Debtors remain obligated to perform their duties under the Cost Sharing Agreement rather than the Debtors' estates. |
| | | | | | TOTAL | Undetermined* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts