# EXHIBIT A

FILED - 00930
DISTRICT OF DELAWARE
UCI INTERNATIONAL, LLC
16-11354/JUDGE MARY F. WALRATH

FILED

2016 NOV 28 AM 10: 20

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Fill in this information to identify the case:**

Debtor 1    UCI International, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   District of Delaware

Case number   16-11354 (MFW)

*(Garden City Group, LLC — DEC 1 2016 stamp)*

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | State Water Resources Control Board<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____   **CRT** |
| **2. Has this claim been acquired from someone else?** | ☒ No<br>☐ Yes.  From whom? _____ |
| **3. Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>State Water Resources Control Board - OCC<br>Name<br><br>1001 I Street, 22nd Floor<br>Number      Street<br><br>Sacramento      CA      95814<br>City      State      ZIP Code<br><br>Contact phone **(916) 341-5177**<br><br>Contact email  taustin@waterboards.ca.gov<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br><br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **Where should payments to the creditor be sent? (if different)**<br><br>State Wat. Res. Cont'l B.d - Accounting Office<br>Name<br><br>P.O. Box 1888<br>Number      Street<br><br>Sacramento      CA      95812<br>City      State      ZIP Code<br><br>Contact phone **(916) 341-5247**<br><br>Contact email  SiteCleanup@waterboards.ca.gov |
| **4. Does this claim amend one already filed?** | ☒ No<br>☐ Yes.  Claim number on court claims registry (if known) _____      Filed on ___/___/_____<br>                                                                                                       MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No<br>☐ Yes.  Who made the earlier filing? _____ |

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  0   0   4   6 |

---

7. **How much is the claim?**    $ *See supplemental statement.* Does this amount include interest or other charges?

   ☐ No

   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other
      charges required by Bankruptcy Rule 3001(c)(2)(A).

---

8. **What is the basis of the claim?**

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

   Limit disclosing information that is entitled to privacy, such as health care information.

   **See attached Supplemental Statement**

---

9. **Is all or part of the claim secured?**

   ☑ No

   ☐ Yes.  The claim is secured by a lien on property.

   Nature of property:

   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

   ☐ Motor vehicle

   ☐ Other. Describe:  _____

   Basis for perfection:  _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property:                            $_____
   Amount of the claim that is secured:          $_____

   Amount of the claim that is unsecured:  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition:   $_____

   Annual Interest Rate (when case was filed) _____%
   ☐ Fixed
   ☐ Variable

---

10. **Is this claim based on a lease?**

    ☑ No

    ☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

---

11. **Is this claim subject to a right of setoff?**

    ☑ No

    ☐ Yes. Identify the property: _____

---

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

|  | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☑ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ *See supplemental statement* |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  11/18/2016
                  MM / DD / YYYY

Signature  *Tamarin Austin*

Print the name of the person who is completing and signing this claim:

| Name | Tamarin Austin | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney IV | | |
| Company | State Water Resources Control Board, Office of Chief Counsel | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1001 I Street, 22nd Floor | | |
| | Number      Street | | |
| | Sacramento | CA | 95814 |
| | City | State | ZIP Code |
| Contact phone | (916) 341-5161 | Email | taustin@waterboards.ca.gov |

### SUPPLEMENTAL STATEMENT IN SUPPORT OF
### THE CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD,
### SAN FRANCISCO BAY REGION, AND STATE WATER RESOURCES CONTROL
### BOARD PROOFS OF CLAIM

## I.    INTRODUCTION

The California Regional Water Quality Control Board, San Francisco Bay Region, ("Regional Water Board"), and the State Water Resources Control Board ("State Board") submit Proofs of Claim and this Supplemental Statement in support of the Regional Water Board and State Board Proofs of Claim in the chapter 11 bankruptcy proceedings of UCI International, LLC, et al. (Debtors) (Case No. 16-11354).

The Regional Water Board and State Board file their Proofs of Claim and Supplemental Statements in the above-referenced bankruptcy proceedings in an abundance of caution because the Debtors are owners, operators, debtors-in-possession and/or persons responsible for the investigation, assessment, monitoring, remediation, cleanup, and oversight costs for the Benicia Industrial Park, 4186 Park Road, Benicia, CA (Case No. 48S0046) (site) for which the Debtors are responsible and have continuing liability. The Benicia Industrial Park site is located on a portion of the former U.S. Army Benicia Arsenal in Solano County that was converted to private commercial and industrial use after the Arsenal was closed in approximately 1964. Contamination is known to exist in and around the facility. The Debtors purchased and/or operated and/or managed and controlled the site and assumed all environmental compliance and liability. To the extent that additional debtors in these cases become known to the Regional Water Board and State Board, the Regional Water Board and State Board will seek to file Proofs of Claim for those additional debtors. A partial summary of relevant permits, orders, and documents known at this time is set forth below.

## II.    REGIONAL WATER BOARD REGULATORY AUTHORITY

The Regional Water Board is a state governmental agency within the California

Environmental Protection Agency.  The Regional Water Board is one of nine regional boards

established by the Porter-Cologne Water Quality Control Act (Cal. Water Code § 13000 et seq.) to

regulate water quality and  is, along with the State Board, the principal state agency with primary

responsibility for the coordination and control of water quality within a the San Francisco Bay and

surrounding areas.  Among its statutory responsibilities, the Regional Water Board administers and

enforces the Porter-Cologne Water Quality Control Act (Cal. Water Code § 13000, et seq.) and

administers certain provisions of the Federal Water Pollution Control Act ("Clean Water Act") (33

U.S.C. §§ 1251-1387; 42 U.S.C. § 1251, et seq.) among other laws.  Pursuant to these authorities,

the Regional Water Board adopts and implements its regional water quality control plan, issues

waste discharge requirements ("WDRs") and National Pollution Discharge Elimination System

("NPDES") permits (including storm water permits), issues Cleanup and Abatement orders, requires

payment of oversight costs and takes enforcement actions, including the assessment of

administrative civil liabilities pursuant to, among other sections, California Water Code §§ 13267,

13304, 13365 and 13385.

Pursuant to its police power authority under California Water Code § 13304, the Regional

Water Board may issue Cleanup and Abatement Orders and/or seek injunctive relief requiring the

Debtors to complete certain tasks to investigate, assess, monitor and remediate pollution on property

it currently or previously owned and/or operated, over which it has continuing responsibility,

including, but not limited to, payment of  direct, administrative and oversight costs incurred by the

Regional Water Board in conducting and/or overseeing the investigation, assessment, monitoring,

and remediation of the site, as required by law.

The Regional Water Board additionally implements and enforces certain provisions of the California Health and Safety Code and other laws regarding the regulation of hazardous materials and hazardous waste. Lastly, pursuant to the Regional Water Board's police powers, the Regional Water Board has authority to seek injunctive relief to require compliance with and enforce violations of state and federal law, including but not limited to, California Water Code § 13304, California Water Code §§ 13385 (a) (2) and (a) (5) and California Water Code § 13386.

## III.    STATE WATER RESOURCES CONTROL BOARD REGULATORY AUTHORITY

The State Board is a separate state agency within the California Environmental Protection Agency. Cal. Water Code § 175. The State Board is authorized to exercise the adjudicatory and regulatory functions of the state in the field of water resources. *Id.* § 174. The State Board, along with nine Regional Water Quality Control Boards, administers the Porter-Cologne Water Quality Act (Cal. Water Code § 13000 et seq.). Under the Act, the State Board has the authority, among other things, to collect annual fees related to waste discharge requirements, waivers of waste discharge, and reports of waste discharge, among other authority. *Id.* § 13260(d)(1)(A).

Pursuant to its police power authority, the State Board has authority to require payment of direct, administrative and oversight costs incurred by the Regional Water Board and/or State Board in conducting and/or overseeing investigation, assessment, monitoring and remediation of the site, as required by law, including, but not limited to California Water Code §§ 13267, 13304, 13365 and 13385.

## IV.    SOVEREIGN IMMUNITY

By filing these Proofs of Claim and Supplemental Statements, the Regional Water Board and State Board do not waive their sovereign immunity, except as otherwise provided by law. The Regional Water Board and State Board make this protective claim for each separate state agency

3

and no other agency, unit, or entity of the State of California. Any waiver of sovereign immunity

under the law resulting from the filing of this claim is by the Regional Water Board and State

Board, and no other agency, unit, or entity of the State of California, and is strictly limited to these

protective Proofs of Claim. Further, the filing of these protective claims shall not be deemed or

construed as a waiver of any objections or defenses that the Regional Water Board, the State Board

or any other agency, unit, or entity of the State of California may have to this Court's jurisdiction

over the Regional Water Board, State Board, or such other agency, unit, or entity based upon the

Eleventh Amendment or related principles of sovereign immunity or otherwise, all of which are

hereby preserved.

## V.    GROUNDS FOR FILING THE PROOFS OF CLAIM

The Debtors have various environmental obligations to the Regional Water Board and the

State Board. While some of the obligations may give rise to pre-petition monetary payments to the

Regional Water Board and/or the State Board and thus may be considered "claims" as defined in the

Bankruptcy Code, many of the obligations are injunctive obligations and continuing obligations and

thus are not claims as defined in the Bankruptcy Code. The filing of these Proofs of Claim and

Supplemental Statements is intended to cover any and all "claims" as defined in 11 U.S.C. § 101(5)

arising from the Debtors' activities, as a protective measure related to the obligations of the Debtors

and is also intended to disclose other obligations, including injunctive obligations that are not

"claims" as defined in the Bankruptcy Code and the potential for administrative expenses.

Lastly, these protective claims are filed for any regulatory oversight costs that have been

or may be incurred by the Regional Water Board/and or State Board in assuring that the Debtors,

individually or collectively, satisfy their environmental obligations pursuant to, among other

sections, California Water Code §§ 13304, 13267, and 13365. Nothing in these Proofs of Claim

and Supplemental Statements constitutes a waiver of any rights of the Regional Water Board and/or

State Board or election of remedies with respect to such rights and obligations.

It is expected that the Regional Water Board and/or State Board will continue to incur

costs postpetition. The Regional Water Board and State Board contend that costs incurred after the

filing of Debtors' petitions for relief and before confirmation of a plan are recoverable as priority

administrative expenses. *See, e.g., In re Conroy*, 24 F. 3d 568, 570-71 (3d Cir. 1994). The

Regional Water Board and State Board reserve their rights to seek payment of these postpetition

costs as administrative expenses.

### A. PROTECTIVE FILING FOR INJUNCTIVE/WORK OBLIGATIONS

During the bankruptcy proceedings, the Debtors are required to manage and operate the

property in their possession, management, or control or over which the Debtors have continuing

liability/responsibility in compliance with all valid state and federal environmental laws. 28 U.S.C

§ 959(b). The Debtors' obligations are akin to injunctive obligations and thus are not dischargeable

in the bankruptcy proceedings. *See e.g., Ohio v. Kovacs*, 469 U.S. 274, 284-85, 83 L.Ed.2d 649,

105 S.Ct. 705 (1985) (injunction not dischargeable); *In re Davis*, 3 F.3d 113, 116 (5th Cir. 1993)

(creditor entitled to an equitable remedy is not required to accept a suboptimal remedy of money

damages); *In re Chateaugay*, 944 F.2d 997, 1008 (2d Cir. 1991) (most environmental injunctions

are not claims); *In re Torwico Elecs., Inc.*, 8 F.3d 146, 151 (3d Cir. 1993) (order was not a

dischargeable claim because State sought clean up rather than money and the release of hazardous

waste was "threatened and ongoing" and was an "attempt to prevent additional damage"). As such,

the Regional Water Board reserves the right to take future actions to enforce obligations of the

Debtors pursuant to state and federal laws, including California Water Code §§ 13304, 13385 and

13386. While the Regional Water Board believes that this position will be upheld by a court of

competent jurisdiction, the Regional Water Board files these Proofs of Claim with respect to the

Debtors' obligations in a protective fashion with respect to such obligations and requirements

should the Debtors contend that such obligations are claims under Bankruptcy Code § 101(5)(A)

and there is a final court order upholding that position.  In addition, based upon California

environmental laws or regulations, the Regional Water Board could initiate enforcement action in

California under 11 U.S.C. § 362(b)(4) which excludes "the commencement or continuation of an

action or proceeding by a governmental unit . . . to enforce such governmental unit's . . . police or

regulatory power" from the operation of the automatic stay.

Therefore, the Regional Water Board files this protective claim in the alternative with

respect to such obligations and requirements.

## B.    THE DEBTORS' ENVIRONMENTAL OBLIGATIONS

The full extent of the Debtors' environmental obligations are unknown at this time.  The

Regional Water Board and State Board, however, make an express reservation to amend their

Proofs of Claim and Supplemental Statements to include any additional monetary or injunctive

obligations, including contractual, administrative, or regulatory obligations, based upon further

investigation.  The Debtors' obligations arise from four primary areas: (1) obligations under

environmental laws implemented and enforced by the Regional Water Board and State Board; (2)

previous and ongoing requirements to investigate, assess, and remediate the site(s); (3) the Regional

Water Board's costs of oversight pursuant to existing agreements; and (4) fees and existing

agreements with the State Board.  Under these four primary areas, the facts known at this time

relating to the Debtors' obligations include, but are not limited to, regulation of the site pursuant to

California Water Code section 13267 directives as part of the Site Cleanup Program.

/ / /

## VI.    CONTINGENT AND UNCERTAIN CLAIMS

The Regional Water Board and State Board are informed and believe that the Debtors are liable for investigation, assessment, monitoring, oversight costs, and remediation of pollution at the site. The Regional Water Board and State Board reserve the right to identify additional sites and additional cost information and amend these Proofs of Claim accordingly.

The filing of a Proof of Claim by the Regional Water Board and State Board does not waive their right to take any enforcement action to ensure compliance with the requirements of environmental laws and regulations within the Regional Water Board and State Board jurisdiction.

As stated above, in accordance with 28 U.S.C. § 959(b), the Debtors are required to comply with non-bankruptcy law, including all applicable environmental laws, in managing, operating and controlling the property under their responsibility or control or for which they have former and continuing liability. The Regional Water Board and State Board are not at this time required to file proofs of claim for postpetition claims. As to postpetition obligations that may arise or become known to the Regional Water Board and State Board, the Regional Water Board and State Board reserve their right to amend this claim. In addition, to the extent postpetition obligations are addressed herein, these Proofs of Claim and Supplemental Statements are filed only protectively. The Regional Water Board and State Board reserve their right to seek administrative expense priority payment for such obligations. If such priority is denied, the Regional Water Board and State Board reserve their right to amend these claims. The Regional Water Board and State Board also reserve the right to take other appropriate action against the Debtors pursuant to regulatory authority with respect to any postpetition obligation that may arise or become known.

///

///

## VII.    MISCELLANEOUS

The Supplemental Statement reflects certain known liabilities of the Debtors.  The

Regional Water Board and State Board reserve the right to amend these Proofs of Claim to assert

subsequently discovered claims or update the information contained herein.  These claims are

without prejudice to any right under 11 U.S.C. § 553 to setoff or recoupment under applicable law.

To the extent any claims asserted herein are secured by property of the estate then the

Regional Water Board and/or State Board hold a security interest in such property.

The documents summarized in support of this claim are voluminous and are available

upon request.

## VIII.    CONCLUSION

In sum, these protective claims are asserted for all obligations including injunctive

obligations, that are not "claims", as well as obligations giving rise to monetary payments by the

Debtors, as of the petition date or thereafter, in connection with the site and any other sites in

California, and for obligations pursuant to any orders or any other applicable federal and state law to

the extent such obligations are considered claims under 11 U.S.C. § 101(5) arising from the

Debtors' activities in the State of California.  The Regional Water Board and State Board reserve

the right to contend that all or any such obligations are not claims and are mandatory injunctive

obligations of the Debtors for which proofs of claim are not required under the Bankruptcy Code.



RT 216
ST 2
1:630, 8891
1.00 A
12.01

Fold along dotted line to close.

Ref: UCI
Dept:

Size: STANDARD OVERNIGHT  Mann: 6746 8664 8700
TRK# 6746 8664 8891

ORIGIN ID:TKLA  (631) 470-5153
MS: TORT DOTY BANKRUPTCY COURT
UNITED STATES DELAWARE
DISTRICT OF DELAWARE
824 MARKET STREET NORTH
WILMINGTON, DE 19801
UNITED STATES US

TO UCI INTERNATIONAL, LLC, ET AL.
C/O GCG
5151 BLAZER PARKWAY
SUITE A
DUBLIN OH 43017
REF: UCI

(888) 404-0019

Date: 24Jun16
Wgt: 1.00 LBS

DV:

SHIP DATE: 24Jun16
ACTWGT: 1.00 LB MAN
CAD: 026031/CMFEE2916

BILL SENDER

SHIPPING:        0.00
SPECIAL:         0.00
HANDLING:        0.00
TOTAL:           0.00

FedEx
TRK# 6746 8664 8891

XX OSUA

THU - 01 DEC AA
STANDARD OVERNIGHT

43017
OH-US
LCK

FedEx
Express

E

Fill in this information to identify the case:

Debtor 1      UCI International, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  District of Delaware

Case number   16-11354 (MFW)

*[Stamp: Garden City Group, LLC  DEC ~ 1 2016]*

F I L E D

2016 NOV 28  AM 10: 20

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED - 00931
DISTRICT OF DELAWARE
UCI INTERNATIONAL, LLC
16-11354/JUDGE MARY F. WALRATH

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

| 1. Who is the current creditor? | San Francisco Bay Regional Water Quality Control Board | CRT |
| --- | --- | --- |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor _____ | |

| 2. Has this claim been acquired from someone else? | ☑ No |
| --- | --- |
| | ☐ Yes.  From whom? _____ |

| 3. Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| --- | --- | --- |
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | State Water Resources Control Board - OCC | State Wat. Res. Cont'l B.d - Accounting Office |
| | Name | Name |
| | 1001 I Street, 22nd Floor | P.O. Box 1888 |
| | Number     Street | Number     Street |
| | Sacramento    CA    95814 | Sacramento    CA    95812 |
| | City          State      ZIP Code | City          State      ZIP Code |
| | Contact phone (916) 341-5177 | Contact phone (916) 341-5247 |
| | Contact email taustin@waterboards.ca.gov | Contact email SiteCleanup@waterboards.ca.gov |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one): | |
| | ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ | |

| 4. Does this claim amend one already filed? | ☑ No | |
| --- | --- | --- |
| | ☐ Yes.  Claim number on court claims registry (if known) _____ | Filed on _____ |
| | | MM  / DD  / YYYY |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No |
| --- | --- |
| | ☐ Yes.  Who made the earlier filing? _____ |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _0_ _0_ _4_ _6_

**7. How much is the claim?**

$ *See supplemental statement* Does this amount include interest or other charges?

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

See attached Supplemental Statement

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection:

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                    $_____

Amount of the claim that is secured:   $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this *claim* based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

Official Form 410                    Proof of Claim                    page 2

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. Check one:

Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

$_____

☑ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.

$ *See supplemental statement*

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  11/18/2016
                  MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

Name       **Tamarin Austin**
           First name          Middle name          Last name

Title      **Attorney IV**

Company    **State Water Resources Control Board, Office of Chief Counsel**
           Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    **1001 I Street, 22nd Floor**
           Number      Street

           **Sacramento**                    **CA**        **95814**
           City                              State    ZIP Code

Contact phone  (916) 341-5161              Email  taustin@waterboards.ca.gov

---

Official Form 410                    Proof of Claim                    page 3

**SUPPLEMENTAL STATEMENT IN SUPPORT OF
THE CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD,
SAN FRANCISCO BAY REGION,  AND STATE WATER RESOURCES CONTROL
BOARD PROOFS OF CLAIM**

## I.      INTRODUCTION

The California Regional Water Quality Control Board, San Francisco Bay Region,

("Regional Water Board"), and the State Water Resources Control Board ("State Board") submit

Proofs of Claim and this Supplemental Statement in support of the Regional Water Board and State

Board Proofs of Claim in the chapter 11 bankruptcy proceedings of UCI International, LLC, et al.

(Debtors) (Case No. 16-11354).

The Regional Water Board and State Board file their Proofs of Claim and Supplemental

Statements in the above-referenced bankruptcy proceedings in an abundance of caution because the

Debtors are owners, operators, debtors-in-possession and/or persons responsible for the

investigation, assessment, monitoring, remediation, cleanup, and oversight costs for the Benicia

Industrial Park, 4186 Park Road, Benicia, CA (Case No. 48S0046) (site) for which the Debtors are

responsible and have continuing liability.  The Benicia Industrial Park site is located on a portion of

the former U.S. Army Benicia Arsenal in Solano County that was converted to private commercial

and industrial use after the Arsenal was closed in approximately 1964.  Contamination is known to

exist in and around the facility.  The Debtors purchased and/or operated and/or managed and

controlled the site and assumed all environmental compliance and liability.  To the extent that

additional debtors in these cases become known to the Regional Water Board and State Board, the

Regional Water Board and State Board will seek to file Proofs of Claim for those additional debtors.

A partial summary of relevant permits, orders, and documents known at this time is set forth below.

1

## II.    REGIONAL WATER BOARD REGULATORY AUTHORITY

The Regional Water Board is a state governmental agency within the California

Environmental Protection Agency.  The Regional Water Board is one of nine regional boards

established by the Porter-Cologne Water Quality Control Act (Cal. Water Code § 13000 et seq.) to

regulate water quality and  is, along with the State Board, the principal state agency with primary

responsibility for the coordination and control of water quality within a the San Francisco Bay and

surrounding areas.  Among its statutory responsibilities, the Regional Water Board administers and

enforces the Porter-Cologne Water Quality Control Act (Cal. Water Code § 13000, et seq.) and

administers certain provisions of the Federal Water Pollution Control Act ("Clean Water Act") (33

U.S.C. §§ 1251-1387; 42 U.S.C. § 1251, et seq.) among other laws.  Pursuant to these authorities,

the Regional Water Board adopts and implements its regional water quality control plan, issues

waste discharge requirements ("WDRs") and National Pollution Discharge Elimination System

("NPDES") permits (including storm water permits), issues Cleanup and Abatement orders, requires

payment of oversight costs and takes enforcement actions, including the assessment of

administrative civil liabilities pursuant to, among other sections, California Water Code §§ 13267,

13304, 13365 and 13385.

Pursuant to its police power authority under California Water Code § 13304, the Regional

Water Board may issue Cleanup and Abatement Orders and/or seek injunctive relief requiring the

Debtors to complete certain tasks to investigate, assess, monitor and remediate pollution on property

it currently or previously owned and/or operated, over which it has continuing responsibility,

including, but not limited to, payment of  direct, administrative and oversight costs incurred by the

Regional Water Board in conducting and/or overseeing the investigation, assessment, monitoring,

and remediation of the site, as required by law.

The Regional Water Board additionally implements and enforces certain provisions of the California Health and Safety Code and other laws regarding the regulation of hazardous materials and hazardous waste. Lastly, pursuant to the Regional Water Board's police powers, the Regional Water Board has authority to seek injunctive relief to require compliance with and enforce violations of state and federal law, including but not limited to, California Water Code § 13304, California Water Code §§ 13385 (a) (2) and (a) (5) and California Water Code § 13386.

## III.    STATE WATER RESOURCES CONTROL BOARD REGULATORY AUTHORITY

The State Board is a separate state agency within the California Environmental Protection Agency. Cal. Water Code § 175. The State Board is authorized to exercise the adjudicatory and regulatory functions of the state in the field of water resources. *Id.* § 174. The State Board, along with nine Regional Water Quality Control Boards, administers the Porter-Cologne Water Quality Act (Cal. Water Code § 13000 et seq.). Under the Act, the State Board has the authority, among other things, to collect annual fees related to waste discharge requirements, waivers of waste discharge, and reports of waste discharge, among other authority. *Id.* § 13260(d)(1)(A).

Pursuant to its police power authority, the State Board has authority to require payment of direct, administrative and oversight costs incurred by the Regional Water Board and/or State Board in conducting and/or overseeing investigation, assessment, monitoring and remediation of the site, as required by law, including, but not limited to California Water Code §§ 13267, 13304, 13365 and 13385.

## IV.    SOVEREIGN IMMUNITY

By filing these Proofs of Claim and Supplemental Statements, the Regional Water Board and State Board do not waive their sovereign immunity, except as otherwise provided by law. The Regional Water Board and State Board make this protective claim for each separate state agency

3

and no other agency, unit, or entity of the State of California. Any waiver of sovereign immunity under the law resulting from the filing of this claim is by the Regional Water Board and State Board, and no other agency, unit, or entity of the State of California, and is strictly limited to these protective Proofs of Claim. Further, the filing of these protective claims shall not be deemed or construed as a waiver of any objections or defenses that the Regional Water Board, the State Board or any other agency, unit, or entity of the State of California may have to this Court's jurisdiction over the Regional Water Board, State Board, or such other agency, unit, or entity based upon the Eleventh Amendment or related principles of sovereign immunity or otherwise, all of which are hereby preserved.

## V.    GROUNDS FOR FILING THE PROOFS OF CLAIM

The Debtors have various environmental obligations to the Regional Water Board and the State Board. While some of the obligations may give rise to pre-petition monetary payments to the Regional Water Board and/or the State Board and thus may be considered "claims" as defined in the Bankruptcy Code, many of the obligations are injunctive obligations and continuing obligations and thus are not claims as defined in the Bankruptcy Code. The filing of these Proofs of Claim and Supplemental Statements is intended to cover any and all "claims" as defined in 11 U.S.C. § 101(5) arising from the Debtors' activities, as a protective measure related to the obligations of the Debtors and is also intended to disclose other obligations, including injunctive obligations that are not "claims" as defined in the Bankruptcy Code and the potential for administrative expenses.

Lastly, these protective claims are filed for any regulatory oversight costs that have been or may be incurred by the Regional Water Board/and or State Board in assuring that the Debtors, individually or collectively, satisfy their environmental obligations pursuant to, among other sections, California Water Code §§ 13304, 13267, and 13365. Nothing in these Proofs of Claim

and Supplemental Statements constitutes a waiver of any rights of the Regional Water Board and/or

State Board or election of remedies with respect to such rights and obligations.

It is expected that the Regional Water Board and/or State Board will continue to incur

costs postpetition. The Regional Water Board and State Board contend that costs incurred after the

filing of Debtors' petitions for relief and before confirmation of a plan are recoverable as priority

administrative expenses. *See, e.g., In re Conroy*, 24 F. 3d 568, 570-71 (3d Cir. 1994). The

Regional Water Board and State Board reserve their rights to seek payment of these postpetition

costs as administrative expenses.

## A.    PROTECTIVE FILING FOR INJUNCTIVE/WORK OBLIGATIONS

During the bankruptcy proceedings, the Debtors are required to manage and operate the

property in their possession, management, or control or over which the Debtors have continuing

liability/responsibility in compliance with all valid state and federal environmental laws.  28 U.S.C

§ 959(b). The Debtors' obligations are akin to injunctive obligations and thus are not dischargeable

in the bankruptcy proceedings.   *See e.g., Ohio v. Kovacs*, 469 U.S. 274, 284-85, 83 L.Ed.2d 649,

105 S.Ct. 705 (1985) (injunction not dischargeable);  *In re Davis*, 3 F.3d 113, 116 (5th Cir. 1993)

(creditor entitled to an equitable remedy is not required to accept a suboptimal remedy of money

damages); *In re Chateaugay*, 944 F.2d 997, 1008 (2d Cir. 1991) (most environmental injunctions

are not claims); *In re Torwico Elecs., Inc.*, 8 F.3d 146, 151 (3d Cir. 1993) (order was not a

dischargeable claim because State sought clean up rather than money and the release of hazardous

waste was "threatened and ongoing" and was an "attempt to prevent additional damage").  As such,

the Regional Water Board reserves the right to take future actions to enforce obligations of the

Debtors pursuant to state and federal laws, including California Water Code §§ 13304, 13385 and

13386.  While the Regional Water Board believes that this position will be upheld by a court of

competent jurisdiction, the Regional Water Board files these Proofs of Claim with respect to the Debtors' obligations in a protective fashion with respect to such obligations and requirements should the Debtors contend that such obligations are claims under Bankruptcy Code § 101(5)(A) and there is a final court order upholding that position. In addition, based upon California environmental laws or regulations, the Regional Water Board could initiate enforcement action in California under 11 U.S.C. § 362(b)(4) which excludes "the commencement or continuation of an action or proceeding by a governmental unit . . . to enforce such governmental unit's . . . police or regulatory power" from the operation of the automatic stay.

Therefore, the Regional Water Board files this protective claim in the alternative with respect to such obligations and requirements.

## B.    THE DEBTORS' ENVIRONMENTAL OBLIGATIONS

The full extent of the Debtors' environmental obligations are unknown at this time. The Regional Water Board and State Board, however, make an express reservation to amend their Proofs of Claim and Supplemental Statements to include any additional monetary or injunctive obligations, including contractual, administrative, or regulatory obligations, based upon further investigation. The Debtors' obligations arise from four primary areas: (1) obligations under environmental laws implemented and enforced by the Regional Water Board and State Board; (2) previous and ongoing requirements to investigate, assess, and remediate the site(s); (3) the Regional Water Board's costs of oversight pursuant to existing agreements; and (4) fees and existing agreements with the State Board. Under these four primary areas, the facts known at this time relating to the Debtors' obligations include, but are not limited to, regulation of the site pursuant to California Water Code section 13267 directives as part of the Site Cleanup Program.

/ / /

## VI.  CONTINGENT AND UNCERTAIN CLAIMS

The Regional Water Board and State Board are informed and believe that the Debtors are liable for investigation, assessment, monitoring, oversight costs, and remediation of pollution at the site. The Regional Water Board and State Board reserve the right to identify additional sites and additional cost information and amend these Proofs of Claim accordingly.

The filing of a Proof of Claim by the Regional Water Board and State Board does not waive their right to take any enforcement action to ensure compliance with the requirements of environmental laws and regulations within the Regional Water Board and State Board jurisdiction.

As stated above, in accordance with 28 U.S.C. § 959(b), the Debtors are required to comply with non-bankruptcy law, including all applicable environmental laws, in managing, operating and controlling the property under their responsibility or control or for which they have former and continuing liability. The Regional Water Board and State Board are not at this time required to file proofs of claim for postpetition claims. As to postpetition obligations that may arise or become known to the Regional Water Board and State Board, the Regional Water Board and State Board reserve their right to amend this claim. In addition, to the extent postpetition obligations are addressed herein, these Proofs of Claim and Supplemental Statements are filed only protectively. The Regional Water Board and State Board reserve their right to seek administrative expense priority payment for such obligations. If such priority is denied, the Regional Water Board and State Board reserve their right to amend these claims. The Regional Water Board and State Board also reserve the right to take other appropriate action against the Debtors pursuant to regulatory authority with respect to any postpetition obligation that may arise or become known.

/ / /

/ / /

## VII.    MISCELLANEOUS

The Supplemental Statement reflects certain known liabilities of the Debtors. The

Regional Water Board and State Board reserve the right to amend these Proofs of Claim to assert

subsequently discovered claims or update the information contained herein. These claims are

without prejudice to any right under 11 U.S.C. § 553 to setoff or recoupment under applicable law.

To the extent any claims asserted herein are secured by property of the estate then the

Regional Water Board and/or State Board hold a security interest in such property.

The documents summarized in support of this claim are voluminous and are available

upon request.

## VIII.    CONCLUSION

In sum, these protective claims are asserted for all obligations including injunctive

obligations, that are not "claims", as well as obligations giving rise to monetary payments by the

Debtors, as of the petition date or thereafter, in connection with the site and any other sites in

California, and for obligations pursuant to any orders or any other applicable federal and state law to

the extent such obligations are considered claims under 11 U.S.C. § 101(5) arising from the

Debtors' activities in the State of California. The Regional Water Board and State Board reserve

the right to contend that all or any such obligations are not claims and are mandatory injunctive

obligations of the Debtors for which proofs of claim are not required under the Bankruptcy Code.



# Express

RT 216 ST 2
A 1:600 8891
12:01



Ref: UC1
Dep:

Date: 24Jun16
Wgt: 1.00 LBS

DV:

SHIPPING:
SPECIAL:
HANDLING:
TOTAL:

Srpa STANDARD OVERNIGHT  Mawto 6746 8664 8700
116X1 6746 8664 8891

ORIGIN ID:TKLA  (631) 420-5153
MS. TORI DOTY
UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 MARKET STREET NORTH
WILMINGTON, DE 19801
UNITED STATES US

0.00

SHIP DATE: 24Jun16
ACTWGT: 1.0 LB MEN
CAD: 028930/CAFE2016

0.00
0.00
0.00

TO UCI INTERNATIONAL, LLC. ET AL.
C/O GCG
5151 BLAZER PARKWAY
SUITE A
DUBLIN OH 43017
(888) 404-8010
REF: UC1

BILL SENDER

FedEx
TRK# 6746 8664 8891
0221

XX OSUA

THU - 01 DEC AA
STANDARD OVERNIGHT

43017
OH-US
LCK

FedEx
Express

E

J151215081301+r

RTD  74/223 3A4OV16  LC4A  539C1/D4E7/BE9A

Fold along dotted line to close.