# EXHIBIT C

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UCI INTERNATIONAL, LLC, et al., | ) | Case No. 16-11354 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **D.I. \_\_\_\_\_** |

**ORDER GRANTING MOTION OF REORGANIZED DEBTORS (I) ENFORCING THE PLAN AND CONFIRMATION ORDER, INCLUDING THE DISCHARGE AND INJUNCTION PROVISIONS, AND (II) GRANTING RELATED RELIEF**

Upon consideration of the Motion of UCI International, LLC and Champion Laboratories, Inc. (collectively, the "Reorganized Debtors")[1] for an Order (I) Enforcing the Plan and Confirmation Order, Including the Discharge and Injunction Provisions, and (II) Granting Related Relief (the "Motion"); this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Reorganized Debtor's estate, its creditors, and other parties in interest; and this Court having found that the notice of the Motion and opportunity for a hearing were appropriate and no other notice need be provided; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that, consistent with the Plan and Confirmation Order, the Reorganized Debtors are discharged from any claims, liabilities or obligations related to or in connection with

---

[1] Capitalized terms used herein without definition shall have the meaning ascribed to them in the Motion.

11260266/3

2

the Benecia Industrial Park, including but not limited to investigating, assessing, monitoring, remediating, or cleaning up at the Benecia Industrial Park; and it is further

ORDERED that the San Francisco Bay Regional Water Quality Board and State Water Resources Control Board – OCC are hereby enjoined and precluded from taking any action against the Reorganized Debtors on account of any claims, liabilities or obligations related to or in connection with the Benecia Industrial Park; and it is further

ORDERED that this Court retains jurisdiction over any matters related to, arising under, or arising from the implementation of this Order.