**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UCI INTERNATIONAL, LLC, <u>et al.</u>, | ) | Case No. 16-11354 (MFW) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Hearing Date: November 25, 2019 at 10:30 a.m.** |
| | ) | **Objection Deadline: November 7, 2019 at 4:00 p.m.** |

## <u>NOTICE OF MOTION</u>

**PLEASE TAKE NOTICE** that on October 8, 2019, UCI International, LLC and Champion Laboratories, Inc. (collectively, the "<u>Reorganized Debtors</u>"), filed the Motion for the Entry of an Order (I) Enforcing the Plan and Confirmation Order, Including the Discharge and Injunction <u>Provisions, and (II) Granting Related Relief</u> (the "<u>Motion</u>") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "<u>Bankruptcy Court</u>").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court and served upon, so as to be received by, the undersigned proposed counsel on or before **November 7, 2019 at 4:00 p.m. (prevailing Eastern Time)**. At the same time, you must also serve a copy of the response upon the Reorganized Debtors' counsel:

> Jeffrey R. Waxman, Esquire
> Brya M. Keilson, Esquire
> Morris James LLP
> 500 Delaware Avenue, Suite 1500
> Wilmington, DE 19801-1494
> Telephone: (302) 888-6800

Only properly and timely filed responses will be considered.

**PLEASE TAKE FURTHER NOTICE** that the Motion is scheduled to be heard on November 25, 2019 at 10:30 a.m. before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

October 8, 2019                                                              /s/ Jeffrey R. Waxman
                                                                                       Jeffrey R. Waxman (Bar No. 4159)

11288472/1