IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UCI INTERNATIONAL, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11354 (MFW)<br>(Jointly Administered) |

### AFFIDAVIT OF REBECCA A. ZERBE, PARALEGAL

STATE OF DELAWARE     :
                      : SS:
NEW CASTLE COUNTY     :

I, Rebecca A. Zerbe, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on October 8, 2019, I caused to be served:

**MOTION OF REORGANIZED DEBTORS FOR THE ENTRY OF AN ORDER (I) ENFORCING THE PLAN AND CONFIRMATION ORDER, INCLUDING THE DISCHARGE AND INJUNCTION PROVISIONS, AND (II) GRANTING RELATED RELIEF**

Service was completed upon the parties on the attached list as indicated thereon.

Dated: October 8, 2019

_____
Rebecca A. Zerbe

SWORN AND SUBSCRIBED before me this 8th day of October, 2019.

_____
Notary

[Notary Seal: RUTH F. SALOTTO, MY COMMISSION EXPIRES MARCH 21, 2023, NOTARY PUBLIC STATE OF DELAWARE]

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: UCI International, LLC (0186); Airtex Industries, LLC (0830); Airtex Products, LP (0983); ASC Holdco, Inc. (9758); ASC Industries, Inc. (7793); Champion Laboratories, Inc. (5645); UCI Acquisition Holdings, (No. 1) Corp. (5732); UCI Acquisition Holdings (No. 3) Corp. (8277); UCI Acquisition Holdings (No. 4) LLC (8447); UCI-Airtex Holdings, Inc. (5425); UCI Holdings Limited (N/A); UCI Pennsylvania, Inc. (1527); and United Components, LLC (9857). The mailing address for each Debtor is 1900 West Field Court, Lake Forest, Illinois 60045.

<u>VIA HAND DELIVERY</u>
Richard L. Schepacarter
Trial Attorney
J. Caleb Boggs Federal Building
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

<u>VIA FIRST CLASS MAIL</u>
State Water Resources Control Board - OCC
1001 I Street, 22nd Fl.
Sacramento, CA 95814
Attn: Tamarin Austin, Esquire

San Francisco Bay Regional Water
Quality Control Board
c/o State Water Resources-OCC
1001 I Street, 22nd Fl.
Sacramento, CA 95814
Attn: Tamarin Austin, Esquire

State Water Resources Control Board –
Accounting Office
P.O. Box 1888
Sacramento, CA 95812
Attn: Tamarin Austin, Esquire