**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>UCI INTERNATIONAL, LLC, et al.<br><br>Debtors | Chapter 11<br><br>Case No. 16-11354 (MFW)<br>(Jointly Administered)<br><br>Re: Dkt. No. 1465<br><br>Petition Filed: June 2, 2016<br>Motion Filed: October 8, 2019 |

**DECLARATION OF TAMARIN AUSTIN IN SUPPORT OF CALIFORNIA STATE WATER RESOURCES CONTROL BOARD AND CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION'S OBJECTION TO REORGANIZED DEBTORS' MOTION FOR ORDER (I) ENFORCING THE PLAN AND CONFIRMATION ORDER, INCLUDING THE DISCHARGE AND INJUNCTION PROVISIONS, AND (II) GRANTING INJUNCTIVE RELIEF**

I, Tamarin Austin, declare:

    1. I am an attorney in the Office of Chief Counsel at the California State Water Resources Control Board, one of the parties objecting to the Reorganized Debtors' Motion (Dkt. No. 1465). I have personal knowledge of the facts contained in this Declaration, and if called as a witness, I could and would testify competently thereto.

    2. During the time covered by this Declaration, I was the assigned counsel for the California Regional Water Quality Control Board, San Francisco Bay Region, the other party objecting to the aforementioned Motion.

    3. On Friday, October 20, 2017, I received an email from Blair Warner, attorney for the Reorganized Debtors, seeking to address the proactive claims filed by the California Water Boards (Dkt. Nos. 930 & 931.). A true and correct copy of this email conversation is attached to this Declaration as <u>Exhibit 1</u>.

///

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 5, 2019.

*/s/ Tamarin Austin*
Tamarin Austin

As the attorney electronically filing this document, I attest that Tamarin Austin concurred in the filing of this Declaration. */s/ Michael S. Dorsi*

SF2019202369
21694208.docx

# Exhibit 1

Exhibit 1

**From:** Austin, Tamarin@Waterboards
**Sent:** Tuesday, November 28, 2017 4:09 PM
**To:** Warner, Blair <blair.warner@sidley.com>; sstahl@honigman.com
**Cc:** Cook, Bill@Waterboards <Bill.Cook@Waterboards.ca.gov>; Meillier, Laurent@Waterboards <laurent.meillier@waterboards.ca.gov>; Gustafson, Michael T. <mgustafson@sidley.com>
**Subject:** RE: UCI International, LLC Bankruptcy Case - Claims

Good afternoon, Mr. Stahl,

I am counsel for the San Francisco Bay Regional Water Board, which is overseeing cleanup of the Benicia Industrial Park site. Blair Warner suggested I forward my inquiries to you. Blair has represented to us that:

> the Debtors in these cases assumed this cost sharing agreement in its entirety and therefore the ongoing remediation and monitoring obligations at the site remain the ongoing responsibility of the Reorganized Debtors.

I have asked for a copy of the cost sharing agreement. I am also hoping that you can inform Mr. Cook whether there will be any changes in the name of the entity or contact person(s) for the investigation and remediation of the site.

Thank you kindly,

Tamarin Austin
Attorney IV
Office of Chief Counsel
State Water Resources Control Board
(916) 341-5171

---

**From:** Warner, Blair [mailto:blair.warner@sidley.com]
**Sent:** Tuesday, November 28, 2017 2:53 PM
**To:** Austin, Tamarin@Waterboards <Tamarin.Austin@waterboards.ca.gov>
**Cc:** Cook, Bill@Waterboards <Bill.Cook@Waterboards.ca.gov>; Meillier, Laurent@Waterboards <Laurent.Meillier@waterboards.ca.gov>; Gustafson, Michael T. <mgustafson@sidley.com>
**Subject:** RE: UCI International, LLC Bankruptcy Case - Claims

Tamarin,

In order to assist you with these inquiries and given that Sidley is only serving as bankruptcy counsel and the cases are set to be closed in the near future, upon which Sidley's representation will come to an end, I have

1

listed UCI's corporate counsel below as a contact for you regarding this inquiry and for future correspondence regarding the Company.

**Samuel T. Stahl**
**Partner**
**Detroit**
**T: 313.465.7566**
**F: 313.465.7567**
**sstahl@honigman.com**

Best,
Blair


**BLAIR M. WARNER**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 4095
blair.warner@sidley.com

---

**From:** Austin, Tamarin@Waterboards [mailto:Tamarin.Austin@waterboards.ca.gov]
**Sent:** Tuesday, November 28, 2017 11:24 AM
**To:** Warner, Blair <blair.warner@sidley.com>
**Cc:** Cook, Bill@Waterboards <Bill.Cook@Waterboards.ca.gov>; Meillier, Laurent@Waterboards <Laurent.Meillier@waterboards.ca.gov>; Gustafson, Michael T. <mgustafson@sidley.com>
**Subject:** RE: UCI International, LLC Bankruptcy Case - Claims

Thanks for your help, Blair.

In a prior email, you mentioned that:

>      the Debtors in these cases assumed this cost sharing agreement in its entirety and therefore the ongoing remediation and monitoring obligations at the site remain the ongoing responsibility of the Reorganized Debtors.

Could you please confirm whether there is any name change or whether Regional Water Board staff need to change any contact information in their files for future communications regarding the site?

Thanks,
Tamarin Austin

---

**From:** Warner, Blair [mailto:blair.warner@sidley.com]
**Sent:** Tuesday, November 28, 2017 8:12 AM
**To:** Austin, Tamarin@Waterboards <Tamarin.Austin@waterboards.ca.gov>
**Cc:** Cook, Bill@Waterboards <Bill.Cook@Waterboards.ca.gov>; Meillier, Laurent@Waterboards <Laurent.Meillier@waterboards.ca.gov>; Gustafson, Michael T. <mgustafson@sidley.com>
**Subject:** RE: UCI International, LLC Bankruptcy Case - Claims

Tamarin,

Copies of the confirmed Plan and the Plan Supplement are attached. I am not able to send the cost sharing agreement at this time as there are other non-debtor parties that are signatories and confidentiality provisions within the agreement, but will follow up on this.

Thanks,
Blair

**BLAIR M. WARNER**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 4095
blair.warner@sidley.com

**From:** Austin, Tamarin@Waterboards [mailto:Tamarin.Austin@waterboards.ca.gov]
**Sent:** Monday, November 27, 2017 2:03 PM
**To:** Warner, Blair <blair.warner@sidley.com>
**Cc:** Cook, Bill@Waterboards <Bill.Cook@Waterboards.ca.gov>; Meillier, Laurent@Waterboards <Laurent.Meillier@waterboards.ca.gov>; Gustafson, Michael T. <mgustafson@sidley.com>
**Subject:** RE: UCI International, LLC Bankruptcy Case - Claims

Thanks, Blair.

Regarding this statement:

"To the extent remediation and monitoring obligations were assumed pursuant to the confirmed Plan, the Reorganized Debtors remain obligated to perform their duties under the Cost Sharing Agreement"

Would you kindly send us a copy of the confirmed Plan and Cost Sharing Agreement?

I appreciate all your help.

Tamarin Austin

**From:** Warner, Blair [mailto:blair.warner@sidley.com]
**Sent:** Monday, November 27, 2017 11:27 AM
**To:** Austin, Tamarin@Waterboards <Tamarin.Austin@waterboards.ca.gov>
**Cc:** Cook, Bill@Waterboards <Bill.Cook@Waterboards.ca.gov>; Meillier, Laurent@Waterboards <Laurent.Meillier@waterboards.ca.gov>; Gustafson, Michael T. <mgustafson@sidley.com>
**Subject:** RE: UCI International, LLC Bankruptcy Case - Claims

Certainly, the order is attached.

Thanks,
Blair

**BLAIR M. WARNER**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 4095
blair.warner@sidley.com

**From:** Austin, Tamarin@Waterboards [mailto:Tamarin.Austin@waterboards.ca.gov]
**Sent:** Monday, November 27, 2017 1:22 PM
**To:** Warner, Blair <blair.warner@sidley.com>
**Cc:** Cook, Bill@Waterboards <Bill.Cook@Waterboards.ca.gov>; Meillier, Laurent@Waterboards <Laurent.Meillier@waterboards.ca.gov>
**Subject:** RE: UCI International, LLC Bankruptcy Case - Claims

Thanks for the update, Blair.  Would you kindly send us a copy of DI 1384?

Thanks,
Tamarin

**From:** Warner, Blair [mailto:blair.warner@sidley.com]
**Sent:** Monday, November 20, 2017 2:05 PM
**To:** Austin, Tamarin@Waterboards <Tamarin.Austin@waterboards.ca.gov>
**Cc:** Cook, Bill@Waterboards <Bill.Cook@Waterboards.ca.gov>; Meillier, Laurent@Waterboards <Laurent.Meillier@waterboards.ca.gov>
**Subject:** RE: UCI International, LLC Bankruptcy Case - Claims

Tamarin,

As noted in a prior email, the Reorganized Debtors objected to Claim Nos. 930 and 931 [D.I. 1369] in the Fifteenth Omnibus Objection to Claims, which the Court subsequently disallowed [D.I. 1384].  As such, these are no longer live claims.  However, I'm happy to discuss these claims with you at your convenience, either this week or on or after November 27—I think I can alleviate some of your concerns below regarding the sites.

Thanks,
Blair


**BLAIR M. WARNER**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 4095
blair.warner@sidley.com


**From:** Austin, Tamarin@Waterboards [mailto:Tamarin.Austin@waterboards.ca.gov]
**Sent:** Friday, November 17, 2017 3:33 PM
**To:** Warner, Blair <blair.warner@sidley.com>
**Cc:** Cook, Bill@Waterboards <Bill.Cook@Waterboards.ca.gov>; Meillier, Laurent@Waterboards <Laurent.Meillier@waterboards.ca.gov>
**Subject:** RE: UCI International, LLC Bankruptcy Case - Claims

Good afternoon, Blair,

I just tried giving you a call, but reached your voicemail.  Rather than leave a lengthy message, I thought it might be better to email.  My apologies for the delay in responding to your inquiry.

4

I am working with staff to determine whether it is appropriate to release claims on the UCI bankruptcy case. This is a bit of unchartered territory for me, so we are looking at trying to come up with an original solution that ensures that the remediation and investigation at the site will be protective to human health and the environment.

You are proposing that the Regional Water Board release its claims. What kind of documentation can you provide that will ensure that the reorganized debtors will stand in the shoes of Champion/UCI for purposes of investigating and remediating the site? Are you proposing written assurances? I'm looking for the bullet-proof guarantee, as you can imagine.

I have some concerns that there is a possibility that the reorganized debtors could be a limited liability company with only limited funding, set up for the purpose of dealing with this environmental liability. What kind of assurances can you provide that the reorganized debtors will not resemble that scenario and will have sufficient financial ability to address the extent of the contamination?

I have additional questions out to staff concerning the future oversight of the site and extent of remaining contamination. That will help guide us in an appropriate path forward.

I'll be out next week, but let's plan to pick this up on the 27 or 28th.

Thanks, Blair.

Tamarin Austin

---

**From:** Warner, Blair [mailto:blair.warner@sidley.com]
**Sent:** Monday, October 23, 2017 1:08 PM
**To:** Austin, Tamarin@Waterboards <Tamarin.Austin@waterboards.ca.gov>
**Cc:** Gustafson, Michael T. <mgustafson@sidley.com>
**Subject:** RE: UCI International, LLC Bankruptcy Case - Claims

Tamarin,

Thanks for following up on this, and please don't hesitate to reach out with any questions.

Best,
Blair


**BLAIR M. WARNER**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 4095
blair.warner@sidley.com

---

**From:** Austin, Tamarin@Waterboards [mailto:Tamarin.Austin@waterboards.ca.gov]
**Sent:** Monday, October 23, 2017 2:54 PM
**To:** Warner, Blair <blair.warner@sidley.com>

5

**Cc:** Gustafson, Michael T. <mgustafson@sidley.com>
**Subject:** RE: UCI International, LLC Bankruptcy Case - Claims

Thanks for your email, Blair.  Let me check in with staff to see what the outstanding claims are.


Tamarin Austin
Attorney IV
Office of Chief Counsel
State Water Resources Control Board
(916) 341-5171


**From:** Warner, Blair [mailto:blair.warner@sidley.com]
**Sent:** Friday, October 20, 2017 2:25 PM
**To:** Austin, Tamarin@Waterboards <Tamarin.Austin@waterboards.ca.gov>
**Cc:** Gustafson, Michael T. <mgustafson@sidley.com>
**Subject:** UCI International, LLC Bankruptcy Case - Claims

Ms. Austin,

Hope you are doing well.  I've been asked to work with UCI to resolve some of the claims that remain outstanding in their bankruptcy cases.  Specifically, I am reaching out to discuss the protective claims filed by San Francisco Bay Regional Water Quality Control Board and the State Water Resources Control Board, Claim Nos 930 and 931.  From my review of these claims, it appears they relate to the Benicia Industrial Park Site located in Benicia, CA (Case No. 48S0046).

As you are likely aware, Champion Laboratories, Inc. (one of the Debtors in this case) entered into an agreement in 2002 (modified in 2004) with Maxion Wheels U.S.A. LLC and EOP-Industrial Portfolio, L.K.C./Blackhawk Parent LLC to share costs, investigate environmental conditions, and implement future remediation measures at the Benicia site.

Pursuant to their confirmed chapter 11 plan, the Debtors in these cases assumed this cost sharing agreement in its entirety and therefore the ongoing remediation and monitoring obligations at the site remain the ongoing responsibility of the Reorganized Debtors.

I note that the Board's claims were filed in an unliquidated amount, indicating they were filed on a protective basis.  If the Board agrees that the assumption of the cost sharing agreement protects the Board's rights, would the Board be willing to withdraw these claims?  We objected to the claims in an omnibus objection today, but we would be happy to remove these claims if a withdrawal is feasible.

If you still believe that there are obligations owed to the Board covered by Claim Nos. 930 and 931, please do let me know and we would be happy to work with you to resolve any issues.

Thanks for your time and please let me know if you have any questions.

Blair

**BLAIR M. WARNER**
Associate

**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
+1 312 853 4095
blair.warner@sidley.com
www.sidley.com

****************************************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

****************************************************************************************************************