# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UCI INTERNATIONAL, LLC, et al.<br><br><br>Debtors | Chapter 11<br><br>Case No. 16-11354 (MFW)<br>(Jointly Administered)<br><br>Re: Dkt. No. 1465<br><br>Petition Filed: June 2, 2016<br>Motion Filed: October 8, 2019 |

### DECLARATION OF BILL A. COOK, III, IN SUPPORT OF CALIFORNIA STATE WATER RESOURCES CONTROL BOARD AND CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION'S OBJECTION TO REORGANIZED DEBTORS' MOTION FOR ORDER (I) ENFORCING THE PLAN AND CONFIRMATION ORDER, INCLUDING THE DISCHARGE AND INJUNCTION PROVISIONS, AND (II) GRANTING INJUNCTIVE RELIEF

I, Bill A. Cook, III, declare:

1. I am an Engineering Geologist for the California Regional Water Quality Control Board, San Francisco Bay Region ("Regional Water Board"), one of the parties objecting to the Reorganized Debtors' Motion (Dkt. No. 1465). I have personal knowledge of the facts and opinions contained in this Declaration, and if called as a witness, I could and would testify competently thereto.

2. I am a California Professional Geologist, number 7802, and Certified Engineering Geologist, number 2534, and have accumulated twenty years of experience in the practice of environmental geology, investigation, and remediation.

3. I am familiar with the contamination and cleanup operations at and around 4186 Park Road, Benicia, California (the "Site"). The soil and groundwater are contaminated with trichloroethene ("TCE"). It is my opinion that the TCE contamination at the Site causes ongoing harm to the environment and risks to human health.

4. I have been the assigned as case manager for this case beginning June 7, 2017, to the present. My responsibilities related to this case include review and recommendations for approval or denial of reports and work plans submitted by the dischargers. I have reviewed

1

archived reports and correspondence to inform my recommendations. I maintain my license and certification with professional development and education.

5. Between 1970 and 1980, E-T Industries and its successor Filter Dynamics manufactured aftermarket *mag* automobile wheels at 4186 Park Road in Benicia California (Site). Their operations included a large conveyorized vapor degreaser that used TCE as the degreaser solvent.

6. Investigations showed E-T and Filter Dynamics implemented substandard waste handling practices, including disposal of TCE onto the ground and to floor drains. They were also cited by the City of Benicia for ongoing improper disposal of waste oil into the sanitary sewer. The TCE migrated into soil, groundwater, and soil vapor.

7. Testing from the Site and nearby areas indicates concentrations of TCE in groundwater that reach outward from the Site over 2,000 feet. This contamination, known as a plume, extends under other parcels and into wetlands near the edge of Suisun Bay (itself an extension of San Francisco Bay). Testing and calculations indicate that the contamination has moved about 70 feet per year to the east, flowing under occupied commercial warehouses and into wetlands.

8. Testing in 2019 showed the onsite TCE groundwater concentration was as high as 13,000 micrograms per liter (μg/l), and the maximum TCE groundwater concentration in wetlands near the edge of the plume was 4,800 μg/l. For comparison, the drinking water standard for TCE is 5 μg/l and the aquatic habit screening level[1] is 200 μg/l. The ongoing discharge of TCE into the wetlands is likely causing toxicity to organisms that live in the wetlands.

9. Testing indicates that the TCE in groundwater is volatilizing—meaning that some of it is becoming vapor. Vapor in soil has the potential to travel upward into buildings above the groundwater plume, causing indoor air contamination.

---

[1] Environmental Screening Levels are levels intended to expedite the identification and evaluation of environmental concerns at contaminated sites to protect human health and the environment.

10. TCE is a toxin and a human carcinogen. Ingested TCE harms the immune system and kidneys. The US EPA Region 9 memorandum, dated July 9, 2014, indicates that exposure to 2 micrograms per cubic meter ($\mu g/m^3$), in a residential setting, has the potential to causes birth defects in the fetal cardiovascular system during the first trimester of pregnancy. On a December 11, 2018, the dischargers' consultant Environmental Resources Management detected TCE at a concentration of 0.45 $\mu g/m^3$ in indoor air at location IA-3 inside the onsite warehouse.

11. The TCE contamination at and around the Site prevents beneficial uses of groundwater, including municipal and domestic supply, industrial process supply, industrial service supply, and agricultural supply.

12. TCE degrades slowly and breaks down into other substances including vinyl chloride. In 2019, testing near an offsite commercial warehouse revealed vinyl chloride a concentration up to 250 $\mu g/m^3$. The commercial soil vapor screening level for vinyl chloride is 5.2 $\mu g/m^3$.

13. The ongoing discharge of TCE and its breakdown products, including vinyl chloride, pose a vapor intrusion threat to indoor air quality for commercial users of onsite and offsite properties. A sub-slab depressurization system (SSDS) was installed onsite, around the office, to mitigate potential human health risk exposure from vapor intrusion. The location of the detection noted in paragraph 10 is not protected by the SSDS, nor are any of the offsite properties.

14. To address the contamination at and around the Site, the Regional Water Board staff identified Champion and three other entities as dischargers responsible for the remediation of the Site. The dischargers participated in investigation and cleanup of the Site, and the Regional Water Board managed this process through a series of investigatory orders under Water Code section 13267 beginning in 2001. Beginning in 2004, the dischargers began remediation of the Site. Their efforts removed over 7,000 pounds of pollutants.

15. Although Champion does not own or lease the Site, its agents obtained the access they needed to perform remediation and monitoring activities.

16. Before 2019, the dischargers performed most of the work sought by the Regional Water Board, and the Regional Water Board did not issue a cleanup order.

17. On April 10, 2019, in response to substantial contamination still present at and emanating from the Site, the Regional Water Board issued a draft cleanup and abatement order for public comment and for considerations at a public hearing on June 12, 2019.

18. The dischargers commented on the initial draft order. I and other Regional Water Board staff met twice and had conference calls with representatives for the dischargers to discuss the need for, and the contents of, the draft cleanup order. Our goal was to resolve areas of disagreement concerning the draft order. Champion acknowledged the need for additional remediation, but initially asserted that an order was unnecessary because the dischargers had been performing cleanup work without an order. To facilitate these discussions, the Regional Water Board continued the hearing date, initially set for June 12, 2019, to September 11, 2019.

19. On September 4, 2019, in response to comments from the dischargers, the Regional Water Board released a revised draft order. This is the draft order that Champion included as Exhibit B to its Motion. (*See* Dkt. No. 1465-2.)

20. I understand that Champion's attorney, Todd Maiden, contacted the Regional Water Board attorney Yuri Won, seeking a continuance of the Regional Water Board's consideration of the draft order. The Regional Water Board agreed to the continuance and scheduled the draft order for consideration at the October 9, 2019, Board meeting.

21. On October 2, 2019, the Regional Water Board released another revised draft order with minor revisions based on discussions with the dischargers.

22. On October 7, 2019, I received an email from Mr. Maiden stating that he had not received approval to allow the Regional Water Board to adopt the revised draft order uncontested. A true and correct copy of his email is attached to this Declaration as <u>Exhibit 1</u>.

23. The following day, the Regional Water Board once again took the revised draft order off its agenda and notified parties that it would consider the draft order at the November 13, 2019 Board meeting. That same day, Champion filed this Motion.

24. At no time prior to Champion filing this Motion did anyone representing Champion inform me that they believed the Regional Water Board's draft order may interfere with a bankruptcy discharge injunction.

25. I am familiar with the map shown in the Objection to Champion's Motion. The map is an accurate representation of the geography at and around the Site, and the known extent of TCE contamination. The map image is drawn from the draft orders, with additional labels showing the Site and the wetlands and bay.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 5, 2019.

*/s/ Bill A. Cook, III*  
Bill A. Cook, III  
Certified Engineering Geologist, #2534

As the attorney electronically filing this document, I attest that Bill A. Cook, III concurred in the filing of this Declaration. */s/ Michael S. Dorsi*

# Exhibit 1

Exhibit 1

Michael S Dorsi

| | |
|---|---|
| **From:** | Maiden, Todd O. <TMaiden@ReedSmith.com> |
| **Sent:** | Tuesday, October 8, 2019 9:12 AM |
| **To:** | Cook, Bill@Waterboards |
| **Cc:** | Robert Hines; John Lucio; 'debbie.lind@erm.com'; Arun Chemburkar; Kaltreider, Misty C.; 'mgeisert@solanocounty.com'; Montgomery, Michael@Waterboards; McCann, Lisa@Waterboards; Won, Yuri@Waterboards; Wolfenden, John@Waterboards; Meillier, Laurent@Waterboards; Bryon.Neal@maxionwheels.com; 'Bruce Cohoon' |
| **Subject:** | RE: 48S0046 Benicia Industrial Park SCR - Board hearing continued |

Thanks, Bill.  I will update you as soon as I hear something – I am not trying to keep any of us in suspense on this.

Apologies.

**Todd O. Maiden**
tmaiden@reedsmith.com
+1 415 659 5918

---

**From:** Cook, Bill@Waterboards <Bill.Cook@Waterboards.ca.gov>
**Sent:** Tuesday, October 8, 2019 9:09 AM
**To:** Maiden, Todd O. <TMaiden@ReedSmith.com>
**Cc:** Robert Hines <RHines@fbm.com>; John Lucio <John.Lucio@erm.com>; 'debbie.lind@erm.com' <debbie.lind@erm.com>; Arun Chemburkar <Arun.Chemburkar@erm.com>; Kaltreider, Misty C. <MKaltreider@solanocounty.com>; 'mgeisert@solanocounty.com' <mgeisert@solanocounty.com>; Montgomery, Michael@Waterboards <Michael.Montgomery@Waterboards.ca.gov>; McCann, Lisa@Waterboards <Lisa.McCann@waterboards.ca.gov>; Won, Yuri@Waterboards <Yuri.Won@waterboards.ca.gov>; Wolfenden, John@Waterboards <John.Wolfenden@waterboards.ca.gov>; Meillier, Laurent@Waterboards <Laurent.Meillier@waterboards.ca.gov>; Bryon.Neal@maxionwheels.com; 'Bruce Cohoon' <bcohoon@cranbrookgroup.com>
**Subject:** RE: 48S0046 Benicia Industrial Park SCR - Board hearing continued

**EXTERNAL E-MAIL**

Good Morning Todd,

Thank you for the email. Do you know when the board for Champion will meet again and agree or approve with the Tentative Order?

I will send you an email later today with our updates.

Please call or write if you have any questions, and have a good day.


Bill A. Cook III, PG 7802, CEG 2534
Engineering Geologist
San Francisco Bay Regional Water Quality Control Board
North Bay Section - Toxics Cleanup Division
(510) 622-2446 direct

1

(510) 286-6262 voice mail
Bill.Cook@Waterboards.ca.gov



---

**From:** Maiden, Todd O. <TMaiden@ReedSmith.com>
**Sent:** Monday, October 7, 2019 9:02 PM
**To:** Cook, Bill@Waterboards <Bill.Cook@Waterboards.ca.gov>
**Cc:** Robert Hines <RHines@fbm.com>; John Lucio <John.Lucio@erm.com>; 'debbie.lind@erm.com' <debbie.lind@erm.com>; Arun Chemburkar <Arun.Chemburkar@erm.com>; Kaltreider, Misty C. <MKaltreider@solanocounty.com>; 'mgeisert@solanocounty.com' <mgeisert@solanocounty.com>; Montgomery, Michael@Waterboards <Michael.Montgomery@Waterboards.ca.gov>; McCann, Lisa@Waterboards <Lisa.McCann@waterboards.ca.gov>; Won, Yuri@Waterboards <Yuri.Won@waterboards.ca.gov>; Wolfenden, John@Waterboards <John.Wolfenden@waterboards.ca.gov>; Meillier, Laurent@Waterboards <Laurent.Meillier@waterboards.ca.gov>; Bryon.Neal@maxionwheels.com; 'Bruce Cohoon' <bcohoon@cranbrookgroup.com>
**Subject:** RE: 48S0046 Benicia Industrial Park SCR - Board hearing continued

Bill

Responding to your e-mail below and reiterating what we spoke about during our last call, I recognize that from the Board's perspective, there may be only two choices here: "contested" and "uncontested." As I indicated during our call, I have not received approval from Champion. Since I do not have agreement from them, I have no choice but to indicate that this matter is "contested." I trust you understand.

Kind regards,

**Todd O. Maiden**
tmaiden@reedsmith.com
+1 415 659 5918

---

**From:** Cook, Bill@Waterboards <Bill.Cook@Waterboards.ca.gov>
**Sent:** Thursday, October 3, 2019 10:47 AM
**To:** Maiden, Todd O. <TMaiden@ReedSmith.com>; Bryon.Neal@maxionwheels.com; 'Bruce Cohoon' <bcohoon@cranbrookgroup.com>; Charlie Hobey <hobey@eqoffice.com>
**Cc:** Robert Hines <RHines@fbm.com>; John Lucio <John.Lucio@erm.com>; 'debbie.lind@erm.com' <debbie.lind@erm.com>; Arun Chemburkar <Arun.Chemburkar@erm.com>; Kaltreider, Misty C. <MKaltreider@solanocounty.com>; 'mgeisert@solanocounty.com' <mgeisert@solanocounty.com>; Montgomery, Michael@Waterboards <Michael.Montgomery@Waterboards.ca.gov>; McCann, Lisa@Waterboards <Lisa.McCann@waterboards.ca.gov>; Won, Yuri@Waterboards <Yuri.Won@waterboards.ca.gov>; Wolfenden, John@Waterboards <John.Wolfenden@waterboards.ca.gov>; Meillier, Laurent@Waterboards <Laurent.Meillier@waterboards.ca.gov>
**Subject:** RE: 48S0046 Benicia Industrial Park SCR - Board hearing continued

==EXTERNAL E-MAIL==

Good Morning,

The Tentative Order that will be considered as an uncontested item on Wednesday, October 9, 2019, can be found here.
https://www.waterboards.ca.gov/sanfranciscobay/board_info/agendas/2019/October/10-9-19-Rev.pdf
https://www.waterboards.ca.gov/rwqcb2/board_info/agendas/2019/October/5_ssr.pdf

Please call or write back if you have any questions, and have a good day.

Bill A. Cook III, PG 7802, CEG 2534
*Engineering Geologist*
San Francisco Bay Regional Water Quality Control Board
North Bay Section - Toxics Cleanup Division
(510) 622-2446 direct
(510) 286-6262 voice mail
Bill.Cook@Waterboards.ca.gov



---

**From:** Cook, Bill@Waterboards
**Sent:** Tuesday, October 1, 2019 11:52 AM
**To:** 'Todd O. Maiden (TMaiden@ReedSmith.com)' <TMaiden@ReedSmith.com>; 'Bryon.Neal@maxionwheels.com' <Bryon.Neal@maxionwheels.com>; 'Bruce Cohoon' <bcohoon@cranbrookgroup.com>; Charlie Hobey <hobey@eqoffice.com>
**Cc:** 'Robert Hines' <RHines@fbm.com>; 'John Lucio' <John.Lucio@erm.com>; 'debbie.lind@erm.com' <debbie.lind@erm.com>; 'Arun Chemburkar' <Arun.Chemburkar@erm.com>; 'Kaltreider, Misty C.' <MKaltreider@solanocounty.com>; 'mgeisert@solanocounty.com' <mgeisert@solanocounty.com>; Montgomery, Michael@Waterboards <Michael.Montgomery@Waterboards.ca.gov>; McCann, Lisa@Waterboards <lisa.mccann@waterboards.ca.gov>; Won, Yuri@Waterboards <yuri.won@waterboards.ca.gov>; Wolfenden, John@Waterboards <john.wolfenden@waterboards.ca.gov>; Meillier, Laurent@Waterboards <laurent.meillier@waterboards.ca.gov>
**Subject:** RE: 48S0046 Benicia Industrial Park SCR - Board hearing continued

To all parties and interested persons:

As we indicated in our September 10, 2019, email to you, the tentative site cleanup requirements (Tentative Order) for the subject site was continued to the October 9, 2019, Board meeting. As we further indicated in that email, the agenda for the October Board meeting would be published on September 25, 2019. We also indicated that we would follow up closer to the Board meeting with more information. This email serves that purpose. Information on the meeting is provided in the attached agenda. Please note the different location for the Board meeting. The Tentative Order is listed on the uncontested calendar. Please contact me if you plan to contest the Tentative Order.


Bill A. Cook III, PG 7802, CEG 2534
*Engineering Geologist*
San Francisco Bay Regional Water Quality Control Board
North Bay Section - Toxics Cleanup Division
(510) 622-2446 direct
(510) 286-6262 voice mail
Bill.Cook@Waterboards.ca.gov



**From:** Cook, Bill@Waterboards
**Sent:** Tuesday, September 10, 2019 3:03 PM
**To:** Todd O. Maiden (<TMaiden@ReedSmith.com>) <TMaiden@ReedSmith.com>; Bryon.Neal@maxionwheels.com; 'Bruce Cohoon' <bcohoon@cranbrookgroup.com>; 'charlie_hobey@equityoffice.com' <charlie_hobey@equityoffice.com>
**Cc:** Robert Hines <RHines@fbm.com>; John Lucio <John.Lucio@erm.com>; 'debbie.lind@erm.com' <debbie.lind@erm.com>; Arun Chemburkar <Arun.Chemburkar@erm.com>; Kaltreider, Misty C. <MKaltreider@solanocounty.com>; 'mgeisert@solanocounty.com' <mgeisert@solanocounty.com>; Montgomery, Michael@Waterboards <Michael.Montgomery@Waterboards.ca.gov>; McCann, Lisa@Waterboards <lisa.mccann@waterboards.ca.gov>; Won, Yuri@Waterboards <yuri.won@waterboards.ca.gov>; Wolfenden, John@Waterboards <john.wolfenden@waterboards.ca.gov>; Meillier, Laurent@Waterboards <laurent.meillier@waterboards.ca.gov>
**Subject:** 48S0046 Benicia Industrial Park SCR - Board hearing continued

To all parties and interested persons:

At the request of Champion Laboratories, Inc., for a continuance, the Regional Water Board will no longer be considering the tentative site cleanup requirements (Tentative Order) for the subject site at its meeting on September 11, 2019. The item has been pulled from the September agenda (see attached). The Regional Water Board will consider the Tentative Order at its next meeting on **October 9, 2019**. Staff will provide more information on the meeting in the near future. An agenda for the October meeting will be published on the Regional Water Board's website (https://www.waterbaords.ca.gv/sanfranciscobay/) on September 25, 2019.

If you have any questions please call or write me, and have a good day.

Bill A. Cook III, PG 7802, CEG 2534
Engineering Geologist
San Francisco Bay Regional Water Quality Control Board
North Bay Section - Toxics Cleanup Division
(510) 622-2446 direct
(510) 286-6262 voice mail
Bill.Cook@Waterboards.ca.gov



* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01