**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| UCI INTERNATIONAL, LLC, et al. | Case No. 16-11354 (MFW) (Jointly Administered) |
|  | Re: Dkt. No. 1465 |
| Debtors | Petition Filed: June 2, 2016 Motion Filed: October 8, 2019 |

APPENDIX OF PREVIOUSLY FILED DOCUMENTS IN SUPPORT OF CALIFORNIA
STATE WATER RESOURCES CONTROL BOARD AND CALIFORNIA REGIONAL
WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION'S OBJECTION
TO REORGANIZED DEBTORS' MOTION FOR ORDER (I) ENFORCING THE PLAN AND
CONFIRMATION ORDER, INCLUDING THE DISCHARGE AND INJUNCTION
PROVISIONS, AND (II) GRANTING INJUNCTIVE RELIEF

For the convenience of the Court, the California State Water Resources Control Board
and California Regional Water Quality Control Board, San Francisco Bay Region include, in this
appendix, copies of the prior filings in this case cited in the Objection.  The copies are
highlighted to direct the Court's attention to relevant text.

XAVIER BECERRA
Attorney General of California
ANNADEL A. ALMENDRAS
Supervising Deputy Attorney General
MICHAEL S. DORSI
Deputy Attorney General

*/s/ Michael S. Dorsi*
Michael S. Dorsi
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-3802
Fax: (415) 703-5480
Email:  Michael.Dorsi@doj.ca.gov
*Attorneys for California State Water
Resources Control Board and California
Regional Water Quality Control Board, San
Francisco Bay Region*

# INDEX OF EXHIBITS

Exhibit 1:    Selected Pages from Notice of Filing of Second Plan Supplement
Dkt. No. 972, pp. 1–3, 17, 28, 33, 44 (relevant text highlighted)

Exhibit 2:    Selected Pages from Reorganized Debtors' Fifteenth Omnibus Objection
Dkt. No. 1369, pp. 1–2, 11–13 (relevant text highlighted)

Exhibit 3:    Order Sustaining Reorganized Debtors' Fifteenth Omnibus Objection
Dkt. No. 1381

Exhibit 4:    Exhibit A to Order Sustaining Fifteenth Omnibus Objection
Dkt. No. 1381-1 (relevant text highlighted)

# Exhibit 1

Exhibit 1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| UCI INTERNATIONAL, LLC, <u>et al.</u>[1] | Case No. 16-11354 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: December 6, 2016 at 2:00 p.m. (ET)** |

**NOTICE OF FILING OF SECOND PLAN SUPPLEMENT**

    **PLEASE TAKE NOTICE** that, on October 14, 2016, the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") entered an order [D.I. 728] (the "<u>Disclosure Statement Order</u>"): (a) authorizing UCI International, LLC and its affiliated debtors and debtors in possession (collectively, the "<u>Debtors</u>"), to solicit acceptances for the *Joint Plan of Reorganization for UCI International, LLC and Its Debtor Affiliates Proposed by the Debtors, the Ad Hoc Committee of Senior Noteholders and the Official Committee of Unsecured Creditors* [D.I. 821] (as modified, amended, or supplemented from time to time, the "<u>Plan</u>");[2] (b) approving the *Disclosure Statement for the Joint Plan of Reorganization for UCI International, LLC and Its Debtor Affiliates Proposed by the Debtors, the Ad Hoc Committee of Senior Noteholders and the Official Committee of Unsecured Creditors* [D.I. 822] (the "<u>Disclosure Statement</u>") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

    **PLEASE TAKE FURTHER NOTICE** that, on November 18, 2016, as contemplated by the Plan and the Disclosure Statement Order approving the Disclosure Statement, the Debtors filed the Plan Supplement [D.I. 921], which consisted of the following documents (each as defined in the Plan), as may be amended, modified or supplemented by the Debtors:

| | |
|---|---|
| <u>Exhibit 1.24</u> | By-Laws of Reorganized UCI |
| <u>Exhibit 1.26</u> | Certificate of Incorporation of Reorganized UCI |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  UCI International, LLC (0186); Airtex Industries, LLC (0830); Airtex Products, LP (0933); ASC Holdco, Inc. (9758); ASC Industries, Inc. (7793); Champion Laboratories, Inc. (5645); UCI Acquisition Holdings (No. 1) Corp (5732); UCI Acquisition Holdings (No. 3) Corp (8277); UCI Acquisition Holdings (No. 4) LLC (8447); UCI-Airtex Holdings, Inc. (5425); UCI Holdings Limited (N/A); UCI Pennsylvania, Inc. (1527); and United Components, LLC (9857).  The mailing address for each Debtor is 2201 Waukegan Road, Suite 140, Bannockburn, Illinois 60015.

[2] Capitalized terms used but not otherwise defined herein shall have the same meaning as set forth in the Plan.

01:21277473.2

| Exhibit 1.61 | Terms of Intercreditor Agreement |
| Exhibit 1.78 | Terms of New First Lien Credit Agreement |
| Exhibit 1.81 | Terms of New Second Lien Credit Agreement |
| Exhibit 1.102 | Preserved Causes of Action |
| Exhibit 1.122 | Terms of Second Lien Rights Offering Facility Agreement |
| Exhibit 1.132 | Shareholders Agreement |
| Exhibit 5.6.2 | Rank Contribution Election Releases |
| Exhibit 6.1.1 | Rejected Executory Contract and Unexpired Lease List |
| Exhibit 6.1.2 | Assumed Executory Contract and Unexpired Lease List |
| Exhibit 6.5 | Terms of Management Equity Incentive Plan |

**PLEASE TAKE FURTHER NOTICE** that, as contemplated by the Plan, the Disclosure Statement Order approving the Disclosure Statement, and the Plan Supplement, the Debtors hereby file the Second Plan Supplement.

**PLEASE TAKE FURTHER NOTICE** that the Second Plan Supplement includes the following documents (each as defined in the Plan), which were not included in the Plan Supplement, as may be amended, modified or supplemented by the Debtors:

| Exhibit 5.10.2 | Directors and Officers of Reorganized UCI |
| Exhibit 5.10.3 | Directors and Managers or Officers of Reorganized Debtors Other Than Reorganized UCI |

**PLEASE TAKE FURTHER NOTICE** that the Second Plan Supplement includes revised versions of the following documents (each as defined in the Plan), as may be amended, modified or supplemented by the Debtors:

| Exhibit 6.1.1 | Rejected Executory Contract and Unexpired Lease List |
| Exhibit 6.1.2 | Assumed Executory Contract and Unexpired Lease List |

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights to amend, modify, or further supplement the Plan Supplement, the Second Plan Supplement, and the documents attached hereto.

**PLEASE TAKE FURTHER NOTICE** that if you would like to obtain a copy of the Disclosure Statement, the Plan, the Plan Supplement, the Second Plan Supplement, or related documents, you should contact Garden City Group, LLC, ("GCG") the voting and solicitation agent retained by the Debtors in the chapter 11 cases (the "Voting and Solicitation Agent"), by:

01:21277473.2

2

(a) calling the Debtors' restructuring hotline at (855) 907-3238; (b) visiting the Debtors' restructuring website at: http://cases.gardencitygroup.com/uci; (c) writing to the Voting and Solicitation Agent, Attn: UCI International LLC, *et al.*, c/o GCG, P.O. Box 10278, Dublin, OH 43017-5778; and/or (d) emailing the Voting and Solicitation Agent at UCIinfo@gardencitygroup.com.  You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: http://www.deb.uscourts.gov.

---

**ARTICLE X** OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AND **SECTION 10.4 CONTAINS A THIRD PARTY RELEASE**.  THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.

**THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY. IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE PLAN OR ABOUT ANYTHING STATED HEREIN OR IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION, CONTACT THE VOTING AND SOLICITATION AGENT.**

---

Dated:  December 2, 2016
Wilmington, Delaware

SIDLEY AUSTIN LLP
Larry J. Nyhan
Jessica C.K. Boelter
Kerriann S. Mills
Geoffrey M. King
Blair M. Warner
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ashley E. Jacobs*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Ashley E. Jacobs (No. 5635)
Elizabeth S. Justison (No. 5911)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION

01:21277473.2

**Exhibit 6.1.2**
**Assumed Executory Contract and Unexpired Lease List**

**[Revised]**

**UCI International, LLC et al.**

**Amended Assumed Executory Contract and Unexpired Lease List**

| Party Name | Notice Address(es) | Contract Description |
|---|---|---|
| Maxion Wheels U.S.A. LLC and EOP-Industrial Portfolio, L.L.C./Blackhawk Parent LLC | Maxion Wheels USA, EOP-Industrial/Blackhawk Equity Office Properties Trust Two North Riverside Plaza Chicago, IL 60606<br><br>Maxion Wheels USA, EOP-Industrial/Blackhawk Hayes Lemmerz Int'l Inc 15300 Centennial Drive Northville, MI 48167<br><br>Maxion Wheels USA, EOP-Industrial/Blackhawk Re: Equity Office Properties Trust c/o Farella Braun + Martel LLP 235 Montgomery Street San Francisco, CA 94104 | Benecia Industrial Park Joint Defense and Cost Sharing Agreement dated 11/14/2002 as modified pursuant to the Subject Agreement dated 4/14/2004 |
| Mazda North American Operations | Mazda North American Operations PO Box 19734 Irvine, CA 92623 | Confidentiality Agreement executed October 21, 2009 |
| Meisler Trailer Rentals Inc | Meisler Trailer Rentals Inc 1103 E Franklin St Evansville, IN 47711 | Lease Agreement dated 7/31/2015 |
| Mercap SA | Mercap SA 14 Ave 7-12 Zona 14 Empresarial La Villa Of 2 01014 Guatemala | Sales Rep. Agreement - 1-1-2008 |
| Moving magnet Technologies SA | Moving magnet Technologies SA 1 Rue Christiaan Huygens Besancon 25000 France | Mutual Secrecy Agreement dated March 19, 2014 |
| Mr Lube Canada Limited Partnership | Mr Lube Canada Limited Partnership 2330-6900 Graybar Rd Richmond Bc V6W 0A5 Canada | Customer Agreement dated 1/1/2016 |
| Na Williams | Na Williams 2900 Paces Ferry Rd SE Ste A100 A Atlanta, GA 30339 | Sales Rep. Agreement - 11-2-2009 (ASC, Champion) |
| Nadine Wolfe Flp % Richard Wolfe | Nadine Wolfe Flp % Richard Wolfe 381 County Rd 850 N Albion, IL 62806 | Property Lease dated 01/16/2013 |
| NAPA Auto Parts (Genuine Parts Company) | NAPA Auto Parts (Genuine Parts Company) 2999 Circle 75 Pkwy Atlanta, GA 30339 | Customer Agreement dated 11/1/2011 |
| NAPA Auto Parts (Genuine Parts Company) | NAPA Auto Parts (Genuine Parts Company) 2999 Circle 75 Pkwy Atlanta, GA 30339 | Addendum to Customer Agreement dated 9/12/2014 |
| NAPCC - Toyota Motor Sales | NAPCC - Toyota Motor Sales Mailstop G312 19001 S Western Ave Torrance, CA 90501 | Customer Agreement dated 3/8/2007 |
| National Pronto | National Pronto 2601 Heritage Ave Grapevine, TX 76051 | Customer Agreement dated 2/28/2012 |
| North Pro Representatives | North Pro Representatives 711 Pine St South Waconia, MN 55387 | Sales Rep. Agreement - 1-1-2009 (Airtex, ASC) |
| Ong Art Komannont | Ong Art Komannont 438/29 Rajwithi Road Khet Rajthevee Bangkok 10400 Thailand | Sales Representation Agreement |

Contracts and unexpired leases listed include all related amendments, schedules, exhibits, statements of work, and other ancillary documents, as each may have been amended, restated or supplemented from time to time.

12/2/2016                                                                                                                    EK110

**Exhibit 6.1.2**
**<u>Assumed Executory Contract and Unexpired Lease List</u>**

**[Blackline]**

| | | |
|---|---|---|
| Kolima Sales Agent | Kolima Sales Agent<br>Calle Lera Y Calle Victoria<br>Barriada Miraflores<br>Edificio Fostasa Local 1B Panama | Sales Representative Agreement dated 8/1/2015 |
| Kronos | Kronos<br>297 Billerica Rd<br>Chelmsford, MA 01824 | Supply Agreement |
| Lou-Mac Manufacturing | Lou-Mac Manufacturing<br>#206 Oscar Flores Tapia<br>Arteaga Coahuila Cp 25350 Mexico | Bailment Agreement dated 1/27/2016 |
| Love's Travel Stops & Country Stores Inc | Love's Travel Stops & Country Stores Inc<br>PO Box 26210<br>Oklahoma City, OK 73126 | Vendor Information Packet dated 2/21/2011 |
| Lubbock Truck Sales Inc | Lubbock Truck Sales Inc<br>1801 E Slaton Hwy<br>Lubbock, TX 79404 | Customer Agreement dated 4/16/2008 |
| Maxion Wheels U.S.A, LLC and EOP-Industrial Portfolio, L.L.C/Blackhawk Parent LLC | Maxion Wheels USA, EOP-Industrial/Blackhawk Equity Office Properties Trust<br>Two North Riverside Plaza<br>Chicago, IL 60606<br><br>Maxion Wheels USA, EOP-Industrial/Blackhawk Hayes Lemmerz Int'l Inc<br>15300 Centennial Drive<br>Northville, MI 48167<br><br>Maxion Wheels USA, EOP-Industrial/Blackhawk Re: Equity Office Properties Trust<br>c/o Farella Braun + Martel LLP<br>235 Montgomery Street<br>San Francisco, CA 94104 | Benecia Industrial Park Joint Defense and Cost Sharing Agreement dated 11/14/2002 as modified pursuant to the Subject Agreement dated 4/14/2004 |
| Mazda North American Operations | Mazda North American Operations<br>PO Box 19734<br>Irvine, CA 92623 | Confidentiality Agreement executed October 21, 2009 |
| Meisler Trailer Rentals Inc | Meisler Trailer Rentals Inc<br>1103 E Franklin St<br>Evansville, IN 47711 | Lease Agreement dated 7/31/2015 |
| Mercap SA | Mercap SA<br>14 Ave 7-12 Zona 14<br>Empresarial La Villa Of 2 01014 Guatemala | Sales Rep. Agreement - 1-1-2008 |
| Moving magnet Technologies SA | Moving magnet Technologies SA<br>1 Rue Christiaan Huygens<br>Besancon 25000 France | Mutual Secrecy Agreement dated March 19, 2014 |
| Mr Lube Canada Limited Partnership | Mr Lube Canada Limited Partnership<br>2330-6900 Graybar Rd<br>Richmond Bc V6W 0A5 Canada | Customer Agreement dated 1/1/2016 |
| Na Williams | Na Williams<br>2900 Paces Ferry Rd SE<br>Ste A100 A<br>Atlanta, GA 30339 | Sales Rep. Agreement - 11-2-2009 (ASC, Champion) |
| Nadine Wolfe Flp % Richard Wolfe | Nadine Wolfe Flp % Richard Wolfe<br>381 County Rd 850 N<br>Albion, IL 62806 | Property Lease dated 01/16/2013 |
| NAPA Auto Parts (Genuine Parts Company) | NAPA Auto Parts (Genuine Parts Company)<br>2999 Circle 75 Pkwy<br>Atlanta, GA 30339 | Customer Agreement dated 11/1/2011 |

11

# Exhibit 2

Exhibit 2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| UCI INTERNATIONAL, LLC, <u>et al.</u>[1] | Case No. 16-11354 (MFW) |
| Reorganized Debtors. | Jointly Administered |
| | **Hearing Date: November 21, 2017 at 10:30 a.m. (ET)**<br>**Response Deadline: November 3, 2017 at 4:00 p.m. (ET)** |

### REORGANIZED DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1

### ("NO LIABILITY CLAIMS")

| |
|---|
| **Claimants receiving this Objection should locate their name(s) and claim number(s) on <u>Exhibit A</u> to the Proposed Order attached to this Objection to learn the grounds for the objection pertaining to their claim(s) and the relief being sought by the Reorganized Debtors.** |

| |
|---|
| **The relief sought herein is without prejudice to the Reorganized Debtors' rights to pursue further substantive or non-substantive objections against the Claims listed on <u>Exhibit A</u> to the Proposed Order attached to this Objection.** |

---

[1] The Reorganized Debtors in these chapter 11 cases, together with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows: UCI International, LLC (0186); Airtex Industries, LLC (0830); Airtex Products, LP (0933); ASC Holdco, Inc. (9758); ASC Industries, Inc. (7793); Champion Laboratories, Inc. (5645); UCI International Holdings, Inc. (5732); UCI Acquisition Holdings (No. 3) Corp (8277); UCI Acquisition Holdings (No. 4) LLC (8447); UCI-Airtex Holdings, Inc. (5425); UCI Holdings Limited (N/A); UCI Pennsylvania, Inc. (1527); and United Components, LLC (9857).  The mailing address for each Reorganized Debtor is 2201 Waukegan Road, Suite 140, Bannockburn, Illinois 60015.

The reorganized debtors in the above-captioned chapter 11 cases (each a "Reorganized Debtor" and collectively, the "Reorganized Debtors"), by and through their undersigned counsel, hereby submit this fifteenth omnibus objection (the "Objection") to the No Liability Pension Claim and the Protective No Liability Claims (each as defined herein and together, the "No Liability Claims") identified on Exhibit A attached to the proposed order (the "Proposed Order") attached hereto as Exhibit 2, respectfully requesting the entry of the Proposed Order disallowing the No Liability Claims as indicated in further detail below and in the exhibits attached to the Proposed Order. This Objection is made pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3001, 3003, and 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

By this Objection, the Reorganized Debtors request the entry of an order disallowing the No Liability Claims as indicated in further detail below. In support of this Objection, the Reorganized Debtors rely on the declaration of Nathan R. Iles, Vice President and Chief Financial Officer of the Debtors and the Reorganized Debtors (the "Iles Declaration"), attached hereto as Exhibit 1. In further support of this Objection, the Reorganized Debtors respectfully state as follows:

### STATUS OF THE CASE AND JURISDICTION

1.      On June 2, 2016 (the "Petition Date"), UCI International LLC and certain of its affiliates (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors continued to operate their businesses and manage their properties as

an employment relationship with the Debtors are paid by the Pension Plans as assumed by

Pactiv, not by United Components or any of the other Debtors.   Accordingly, any claim that the

claimant asserting the No Liability Pension Claim listed on Exhibit A may have for pension

benefits attributable to their relationship with the Debtors may only be asserted against the

Pension Plans pursuant to ERISA.

> **3.      The Pension Plans Have Been Transferred Pursuant to the Global Settlement and Pactiv Has Assumed Sole Sponsorship of the Plans**

26.      As described above, pursuant to the PBGC Settlement Agreement, Pactiv adopted

each of the Pension Plans, assumed sole sponsorship of and became the "plan sponsor" of each

of the Pension Plans within the meaning of Section 3(16)(B) of ERISA, and became a party to

any trusts established under the Pension Plans.  PBGC Settlement Agreement, § 3.01.  Moreover,

as part of the PBGC Settlement Agreement, and in exchange for United Components' and

Pactiv's commitments under the PBGC Settlement Agreement, the PBGC agreed to forbear from

terminating, or initiating any proceedings to terminate, any of the Pension Plans under Section

4042(a)(4) of ERISA solely as a result of the chapter 11 cases or the Transfer of Plans.  Id.

§ 5.01.  As a result, the Reorganized Debtors are unaware of any injury suffered by any Pension

Plan beneficiaries as a result of the chapter 11 cases, including the No Liability Pension Claim,

that would result in a claim against the estates of the Reorganized Debtors.  Accordingly, the No

Liability Pension Claim should be disallowed in full.

27.      For these reasons, the Reorganized Debtors object to the allowance of the No

Liability Pension Claim and request that such claim be disallowed in its entirety.

> **B.      Protective No Liability Claims**

28.      After reviewing the Proofs of Claim filed against the Debtors in these chapter 11

cases, the Reorganized Debtors have identified claims numbers 930 and 931, each filed in an

undetermined amount, for which the Reorganized Debtors have diligently reviewed their books and records and determined that such claims are not reflected as liabilities of the Debtors (the "Protective No Liability Claims").  The Reorganized Debtors have undertaken a reasonable investigation of the Protective No Liability Claims based on the information provided in the applicable proofs of claim, and their books and records, and have concluded that the Debtors do not have any liability for each of the claims.  See Iles Decl. ¶ 6.  Moreover, the claimants have asserted such claims in contingent or unliquidated amounts and have not filed amended claims or otherwise sought to assert an actual claim in a specified amount.

29.     The Protective No Liability Claims appear to have been filed on a protective basis on account of alleged environmental remediation and monitoring obligations related to the Benicia Industrial Park located at 4186 Park Road, Benicia, CA (the "Site").  The Debtors are familiar with the Site and the attendant remediation and obligations.  On November 14, 2002, Debtor Champion Laboratories, Inc. entered into a joint defense and cost sharing agreement for the Site, which was subsequently modified on April 14, 2004 (together, the "Cost Sharing Agreement").  Counter-parties to the Cost Sharing Agreement are Maxion Wheels U.S.A. LLC and EOP-Industrial Portfolio, L.K.C./Blackhawk Parent LLC (collectively with Champion Laboratories, Inc., the "Benicia Parties").  The Reorganized Debtors assumed the Cost Sharing Agreement under the Plan, as set forth in the Amended Assumed Executory Contract and Unexpired Lease List attached as Exhibit 6.1.2 to the Second Plan Supplement, filed on December 2, 2016.  See  D.I. 972.

30.     Although the claimants of the Protective No Liability Claims are not direct parties to the Cost Sharing Agreement, the Debtors believe that the obligations undertaken by the Benicia Parties in that agreement are being performed to address claimants' concerns regarding

the Site.  As the remediation and monitoring obligations in the Cost Sharing Agreement were assumed pursuant to the confirmed Plan, the Reorganized Debtors remain obligated to perform their duties under the Cost Sharing Agreement.

31.    Accordingly, the Reorganized Debtors object to the allowance of the Protective No Liability Claims set forth on Exhibit A and request that the Court enter the Proposed Order disallowing the Protective No Liability Claims in their entirety.

**RESERVATION OF RIGHTS**

32.    The Reorganized Debtors hereby reserve their right to object in the future to any of the Proofs of Claim listed on Exhibit A to the Proposed Order on any ground, and to amend, modify, and/or supplement this Objection, including, without limitation, to object to amended or newly-filed claims.  Separate notice and hearing will be provided and scheduled, respectively, for any such objection.  The Reorganized Debtors reserve the right to adjourn the hearing on any No Liability Claim, and in the event that the Reorganized Debtors do so, the Reorganized Debtors will state the same in the agenda for the hearing on that No Liability Claim, which agenda will be served on the claimant.

33.    Notwithstanding anything contained in this Objection or on Exhibit A attached to the Proposed Order, nothing herein shall be construed as a waiver of any rights that the Reorganized Debtors may have: (i) to bring avoidance actions under the applicable sections of the Bankruptcy Code against the holders of claims subject to the Objection; or (ii) to exercise their rights of setoff against the holders of claims subject to this Objection.

**NOTICE**

34.    Notice of this Objection will be provided to: (i) the Office of the U.S. Trustee; (ii) the United States Securities and Exchange Commission; (iii) the Office of the United States

# Exhibit 3

Exhibit 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| UCI INTERNATIONAL, LLC, et al.[1] | Case No. 16-11354 (MFW) |
| Reorganized Debtors. | Jointly Administered |
|  | **Ref. Docket No. 1369** |

### ORDER SUSTAINING REORGANIZED DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1

### ("NO LIABILITY CLAIMS")

Upon consideration of the Reorganized Debtors' Fifteenth Omnibus (Substantive) Objection to Claims (the "Objection"), by which the Reorganized Debtors request the entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, disallowing the No Liability Claims[2] set forth on Exhibit A attached hereto; and upon consideration of the Iles Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

---

[1] The Reorganized Debtors in these chapter 11 cases, together with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows: UCI International, LLC (0186); Airtex Industries, LLC (0830); Airtex Products, LP (0933); ASC Holdco, Inc. (9758); ASC Industries, Inc. (7793); Champion Laboratories, Inc. (5645); UCI Acquisition Holdings (No. 1) Corp (5732); UCI Acquisition Holdings (No. 3) Corp (8277); UCI Acquisition Holdings (No. 4) LLC (8447); UCI-Airtex Holdings, Inc. (5425); UCI Holdings Limited (N/A); UCI Pennsylvania, Inc. (1527); and United Components, LLC (9857). The mailing address for each Reorganized Debtor is 2201 Waukegan Road, Suite 140, Bannockburn, Illinois 60015.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

01:22475652.1

ORDERED that the No Liability Claims set forth on the attached <u>Exhibit A</u> are hereby disallowed in their entirety; and it is further

ORDERED that the Claims Agent is authorized to amend the Claims Register to comport with the entry of this Order; and it is further

ORDERED that the relief granted herein is without prejudice to the Reorganized Debtors' rights to amend, modify, or supplement the Objection, and to file additional objections to claims filed in these chapter 11 cases; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Nov 13 , 2017
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

01:22475652.1

2

# Exhibit 4

Exhibit 4

**Exhibit A**

**NO LIABILITY CLAIMS**

UCI INTERNATIONAL, LLC, et al.
Exhibit A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | FAY P. GRIFFITH 515 SEMINARY WEST SALEM, IL 62476 | 16-11354 | UCI International, LLC | 09/22/2016 | 527 | Undetermined* | Following communications with claimant, Debtors have determined the claim is based on a Pension Plan transferred to nondebtor pursuant to Global Settlement. Additionally, Debtors have no liability as claims of this nature may only be asserted directly against Pension Plan. |
| 2 | SAN FRANCISCO BAY REGIONAL WATER QUALITY CONTROL BOARD C/O STATE WATER RESOURCES CONTROL BOARD - OCC 1001 I ST 22ND FL SACRAMENTO, CA 95814 | 16-11354 | UCI International, LLC | 11/28/2016 | 931 | Undetermined* | Claim is contingent and unliquidated and appears to have been filed on a protective basis on account of alleged environmental remediation and monitoring obligations at the Benicia Industrial Park site, located at 4186 Industrial Park Road, Benicia, CA. The Debtors entered into a Cost Sharing Agreement prior to the Petition Date, which the Reorganized Debtors assumed as set forth in the Amended Assumed Executory Contract and Unexpired Lease List attached as Exhibit 6.1.2 to the Second Plan Supplement. To the extent remediation and monitoring obligations were assumed pursuant to the confirmed Plan, the Reorganized Debtors remain obligated to perform their duties under the Cost Sharing Agreement rather than the Debtors' estates. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 2

UCI INTERNATIONAL, LLC, et al.
Exhibit A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 3 | STATE WATER RESOURCES CONTROL BOARD C/O STATE WATER RESOURCES CONTROL BOARD - OCC 1001 I ST 22ND FL SACRAMENTO, CA 95814 | 16-11354 | UCI International, LLC | 11/28/2016 | 930 | Undetermined* | Claim is contingent and unliquidated and appears to have been filed on a protective basis on account of alleged environmental remediation and monitoring obligations at the Benicia Industrial Park site, located at 4186 Industrial Park Road, Benicia, CA. The Debtors entered into a Cost Sharing Agreement prior to the Petition Date, which the Reorganized Debtors assumed as set forth in the Amended Assumed Executory Contract and Unexpired Lease List attached as Exhibit 6.1.2 to the Second Plan Supplement. To the extent remediation and monitoring obligations were assumed pursuant to the confirmed Plan, the Reorganized Debtors remain obligated to perform their duties under the Cost Sharing Agreement rather than the Debtors' estates. |
| | | | | | TOTAL | Undetermined* | |

* - Indicates claim contains unliquidated and/or undetermined amounts