# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UCI INTERNATIONAL, LLC, et al.<br><br><br><br>Debtors | Chapter 11<br><br>Case No. 16-11354 (MFW)<br>(Jointly Administered)<br><br>Re: Dkt. No. 1465<br><br>Petition Filed: June 2, 2016<br>Motion Filed: October 8, 2019 |

**[PROPOSED] ORDER SUSTAINING CALIFORNIA STATE WATER RESOURCES CONTROL BOARD AND CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION'S OBJECTION AND DENYING REORGANIZED DEBTORS' MOTION FOR ORDER (I) ENFORCING THE PLAN AND CONFIRMATION ORDER, INCLUDING THE DISCHARGE AND INJUNCTION PROVISIONS, AND (II) GRANTING INJUNCTIVE RELIEF**

On October 8, 2019, the Reorganized Debtors, including Champion Laboratories, Inc., moved for an order declaring that Champion's discharge relieves it from environmental obligations under California law, including but not limited to investigating, assessing, monitoring, remediating, or cleaning up at and around 4186 Park Road, Benicia, California. On November 7, 2019, the California State Water Resources Control Board and California Regional Water Quality Control Board, San Francisco Bay Region, filed a timely objection.

Having considered the arguments presented, the Objection is SUSTAINED and the Motion is DENIED.

_____<br>
Hon. Mary F. Walrath<br>
United States Bankruptcy Judge<br>
District of Delaware