## CERTIFICATE OF SERVICE

I, Jeremy W. Ryan, hereby certify that I am not less than 18 years of age and that on this 8th day of November 2019, I caused a true and correct copy of the foregoing *Cranbrook Realty Investment Fund L.P.'S Objection to Motion for Enforcement of Plan* to be served upon the parties listed below via hand delivery.

| | |
|---|---|
| Jeffrey R. Waxman, Esq. | Richard L. Schepacarter, Esq. |
| Brya M. Keilson, Esq. | Office of the United States Trustee |
| Morris James LLP | U. S. Department of Justice |
| 500 Delaware Avenue, Suite 1500 | 844 King Street, Suite 2207 |
| Wilmington, DE  19801-1494 | Lockbox #35 |
| | Wilmington, DE  19801 |

Under penalty of perjury, I declare the foregoing is true and correct.

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (DE Bar No. 4057)

IMPAC 6470184v.4