**Exhibit A**

## CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD
## SAN FRANCISCO BAY REGION

**TENTATIVE ORDER**

**ADOPTION OF SITE CLEANUP REQUIREMENTS for:**

**CHAMPION LABORATORIES, INC.**
**MAXION WHEELS, A DIVISION OF IOCHE-MAXION**
**CRANBROOK GROUP, INC.**
**EQUITY OFFICE PROPERTIES TRUST**

For the property located at:

**4186 Park Road**
**Benicia, Solano County**

The California Regional Water Quality Control Board, San Francisco Bay Region (hereinafter "Regional Water Board"), finds that:

1. **Site Location**: The Site at 4186 Park Road (Figure 1) is in Benicia, Solano County, east of the Carquinez Strait. The Site is located on a portion of the former U. S. Army Benicia Arsenal. The Site is approximately 250 feet northwest of interstate freeway 680, approximately 1,400 feet from tidal marshland and the Southern Pacific railroad tracks. A ditch in these tidal marshlands flows to Goodyear Slough. The Site is approximately 4,200 feet from Suisun Bay.

2. **Site History**: The Site was converted to private commercial and industrial use after the Arsenal was closed in approximately 1964. A long warehouse identified as Building W-12 during the Army's occupancy is the location of the discharge of chlorinated volatile organic compounds (CVOCs) and petroleum constituents. The Arsenal was sold and sub-divided through four transactions between 1975 and 1979. Building W-12 was originally referred to as part of Parcel 1, then parcel 4-B-1. The Site is now comprised of the Assessor's Parcel Numbers (APN) 080-070-050, -70, -080, -090. The parcels are adjacent to each other. The parcels are bounded to the north by Iowa Street, to the east by Stone Road, to the west by a railroad spur, and to the south by Park Road.

   The Site was transferred to the Surplus Property Authority of the City of Benicia (a public corporation) during 1965 then to Benicia Industries in 1975. Exxon filed a quit claim giving the parcel 080-070-090 to the Surplus Property Authority in 1975 but retained an easement. The property was transferred to Shareholder Properties, then to Benicia Properties in 1979. The Site was transferred to Spieker Properties in 1996. The Site was transferred to SPK Industrial Portfolio in June 2001, shortly after TCE contamination was identified on the property. SPK Industrial Portfolio merged into Equity Office Properties by July 2001. The Site was transferred to the current owner, Cranbrook Realty Investment Fund, in 2017.

Between 1970 and 1983 the Site was occupied by E-T Industries (E-T). E-T manufactured aftermarket automobile wheels. E-T's operations included a large vapor degreaser, which utilized trichloroethene (TCE) as the degreaser solvent. Records indicate that E-T had a TCE recycling system, a drum storage area, a boiler, a storage tank, and an oil-water separator. Governmental records, page 187, indicate that E-T implemented poor waste handling practices including open containers of TCE on the premises and releases of oily wastewater to the Benicia Waste Water Treatment Plant.

Filter Dynamics, Inc. (FDI) purchased E-T in 1975 and continued operations. In 1980 Kelsey Hayes acquired certain assets from FDI, including the Benicia E-T/FDI operations. Kelsey-Hayes operated the manufacturing operations until 1983. FDI continued to exist as a cooperation separate from the Benicia operations. FDI was acquired and merged with Champion Laboratories. Kelsey-Hayes subsequently was renamed Hayes-Lemmerz International, Inc. Hayes-Lemmerz International subsequently became Maxion Wheels which is now a division of IOCHE-Maxion. Governmental records, page 347, indicate that on December 22, 1987 a decision by the United States District Court of Southern Georgia found that Champion Laboratories had a duty to defend and indemnify Kelsey-Hayes.

3. **Named Dischargers:** Champion Laboratories is named as a discharger because it is a corporate successor to E-T and because of substantial evidence that E-T discharged pollutants to soil and groundwater at the Site.

    Maxion Wheels, a division of IOCHE-Maxion, is named as a discharger because it is a corporate successor to E-T and because of substantial evidence that E-T discharged pollutants to soil and groundwater at the Site.

    The Cranbrook Group, Inc. is named as a discharger because it is the current owner of the property on which there is an ongoing discharge of pollutants, it has knowledge of the potential discharge, and has the legal ability to control the discharge.

    Equity Office Properties (EOP) is named as a discharger because it owned the property after the time of the activity that resulted in the discharge, had knowledge of the discharge or the activities that caused the discharge, and had the legal ability to prevent the discharge.

    The dischargers named above are collectively referred to as the Discharger Group. Previous property owners are not named because there is insufficient evidence that they qualify as dischargers and most are either defunct or lacking contact information.

4. **Regulatory Status:** This Site is not currently subject to a Regional Water Board site cleanup order. The Regional Water Board has issued several Section 13267 directives for past site investigation and cleanup work.

5. **Site Hydrogeology and Hydrology:** Site geology is primarily controlled by an unnamed fault running directly below the warehouse purported source area. The fault was interpreted to exist when exploratory borings encountered fractured bedrock, southwest