# Exhibit C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UCI INTERNATIONAL, LLC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11354 (MFW)<br><br>(Jointly Administered)<br><br>Hearing Date: December 6, 2016 at 2:00 p.m. (ET) |

### NOTICE OF FILING OF SECOND PLAN SUPPLEMENT

**PLEASE TAKE NOTICE** that, on October 14, 2016, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [D.I. 728] (the "Disclosure Statement Order"): (a) authorizing UCI International, LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors"), to solicit acceptances for the *Joint Plan of Reorganization for UCI International, LLC and Its Debtor Affiliates Proposed by the Debtors, the Ad Hoc Committee of Senior Noteholders and the Official Committee of Unsecured Creditors* [D.I. 821] (as modified, amended, or supplemented from time to time, the "Plan");[2] (b) approving the *Disclosure Statement for the Joint Plan of Reorganization for UCI International, LLC and Its Debtor Affiliates Proposed by the Debtors, the Ad Hoc Committee of Senior Noteholders and the Official Committee of Unsecured Creditors* [D.I. 822] (the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

**PLEASE TAKE FURTHER NOTICE** that, on November 18, 2016, as contemplated by the Plan and the Disclosure Statement Order approving the Disclosure Statement, the Debtors filed the Plan Supplement [D.I. 921], which consisted of the following documents (each as defined in the Plan), as may be amended, modified or supplemented by the Debtors:

| | |
|---|---|
| Exhibit 1.24 | By-Laws of Reorganized UCI |
| Exhibit 1.26 | Certificate of Incorporation of Reorganized UCI |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: UCI International, LLC (0186); Airtex Industries, LLC (0830); Airtex Products, LP (0933); ASC Holdco, Inc. (9758); ASC Industries, Inc. (7793); Champion Laboratories, Inc. (5645); UCI Acquisition Holdings (No. 1) Corp (5732); UCI Acquisition Holdings (No. 3) Corp (8277); UCI Acquisition Holdings (No. 4) LLC (8447); UCI-Airtex Holdings, Inc. (5425); UCI Holdings Limited (N/A); UCI Pennsylvania, Inc. (1527); and United Components, LLC (9857). The mailing address for each Debtor is 2201 Waukegan Road, Suite 140, Bannockburn, Illinois 60015.

[2] Capitalized terms used but not otherwise defined herein shall have the same meaning as set forth in the Plan.

01:21277473.2

| | |
|---|---|
| Exhibit 1.61 | Terms of Intercreditor Agreement |
| Exhibit 1.78 | Terms of New First Lien Credit Agreement |
| Exhibit 1.81 | Terms of New Second Lien Credit Agreement |
| Exhibit 1.102 | Preserved Causes of Action |
| Exhibit 1.122 | Terms of Second Lien Rights Offering Facility Agreement |
| Exhibit 1.132 | Shareholders Agreement |
| Exhibit 5.6.2 | Rank Contribution Election Releases |
| Exhibit 6.1.1 | Rejected Executory Contract and Unexpired Lease List |
| Exhibit 6.1.2 | Assumed Executory Contract and Unexpired Lease List |
| Exhibit 6.5 | Terms of Management Equity Incentive Plan |

**PLEASE TAKE FURTHER NOTICE** that, as contemplated by the Plan, the Disclosure Statement Order approving the Disclosure Statement, and the Plan Supplement, the Debtors hereby file the Second Plan Supplement.

**PLEASE TAKE FURTHER NOTICE** that the Second Plan Supplement includes the following documents (each as defined in the Plan), which were not included in the Plan Supplement, as may be amended, modified or supplemented by the Debtors:

| | |
|---|---|
| Exhibit 5.10.2 | Directors and Officers of Reorganized UCI |
| Exhibit 5.10.3 | Directors and Managers or Officers of Reorganized Debtors Other Than Reorganized UCI |

**PLEASE TAKE FURTHER NOTICE** that the Second Plan Supplement includes revised versions of the following documents (each as defined in the Plan), as may be amended, modified or supplemented by the Debtors:

| | |
|---|---|
| Exhibit 6.1.1 | Rejected Executory Contract and Unexpired Lease List |
| Exhibit 6.1.2 | Assumed Executory Contract and Unexpired Lease List |

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights to amend, modify, or further supplement the Plan Supplement, the Second Plan Supplement, and the documents attached hereto.

**PLEASE TAKE FURTHER NOTICE** that if you would like to obtain a copy of the Disclosure Statement, the Plan, the Plan Supplement, the Second Plan Supplement, or related documents, you should contact Garden City Group, LLC, ("GCG") the voting and solicitation agent retained by the Debtors in the chapter 11 cases (the "Voting and Solicitation Agent"), by:

01:21277473.2

(a) calling the Debtors' restructuring hotline at (855) 907-3238; (b) visiting the Debtors' restructuring website at: http://cases.gardencitygroup.com/uci; (c) writing to the Voting and Solicitation Agent, Attn: UCI International LLC, *et al.*, c/o GCG, P.O. Box 10278, Dublin, OH 43017-5778; and/or (d) emailing the Voting and Solicitation Agent at UCIinfo@gardencitygroup.com. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: http://www.deb.uscourts.gov.

> **ARTICLE X** OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AND **SECTION 10.4 CONTAINS A THIRD PARTY RELEASE**. THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.
>
> THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY. IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE PLAN OR ABOUT ANYTHING STATED HEREIN OR IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION, CONTACT THE VOTING AND SOLICITATION AGENT.

Dated: December 2, 2016
Wilmington, Delaware

SIDLEY AUSTIN LLP
Larry J. Nyhan
Jessica C.K. Boelter
Kerriann S. Mills
Geoffrey M. King
Blair M. Warner
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ashley E. Jacobs*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Ashley E. Jacobs (No. 5635)
Elizabeth S. Justison (No. 5911)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION

01:21277473.2

3

**Exhibit 6.1.2**
<u>**Assumed Executory Contract and Unexpired Lease List**</u>

**[Revised]**

01:21244192.1

UCI International, LLC et al.  
Page 11 of 15  
Amended Assumed Executory Contract and Unexpired Lease List

| Party Name | Notice Address(es) | Contract Description |
|---|---|---|
| Maxion Wheels U.S.A. LLC and EOP-Industrial Portfolio, L.L.C./Blackhawk Parent LLC | Maxion Wheels USA, EOP-Industrial/Blackhawk<br>Equity Office Properties Trust<br>Two North Riverside Plaza<br>Chicago, IL 60606<br><br>Maxion Wheels USA, EOP-Industrial/Blackhawk<br>Hayes Lemmerz Int'l Inc<br>15300 Centennial Drive<br>Northville, MI 48167<br><br>Maxion Wheels USA, EOP-Industrial/Blackhawk<br>Re: Equity Office Properties Trust<br>c/o Farella Braun + Martel LLP<br>235 Montgomery Street<br>San Francisco, CA 94104 | Benecia Industrial Park Joint Defense and Cost Sharing Agreement dated 11/14/2002 as modified pursuant to the Subject Agreement dated 4/14/2004 |
| Mazda North American Operations | Mazda North American Operations<br>PO Box 19734<br>Irvine, CA 92623 | Confidentiality Agreement executed October 21, 2009 |
| Meisler Trailer Rentals Inc | Meisler Trailer Rentals Inc<br>1103 E Franklin St<br>Evansville, IN 47711 | Lease Agreement dated 7/31/2015 |
| Mercap SA | Mercap SA<br>14 Ave 7-12 Zona 14<br>Empresarial La Villa Of 2 01014 Guatemala | Sales Rep. Agreement - 1-1-2008 |
| Moving magnet Technologies SA | Moving magnet Technologies SA<br>1 Rue Christiaan Huygens<br>Besancon 25000 France | Mutual Secrecy Agreement dated March 19, 2014 |
| Mr Lube Canada Limited Partnership | Mr Lube Canada Limited Partnership<br>2330-6900 Graybar Rd<br>Richmond Bc V6W 0A5 Canada | Customer Agreement dated 1/1/2016 |
| Na Williams | Na Williams<br>2900 Paces Ferry Rd SE<br>Ste A100 A<br>Atlanta, GA 30339 | Sales Rep. Agreement - 11-2-2009 (ASC, Champion) |
| Nadine Wolfe Flp % Richard Wolfe | Nadine Wolfe Flp % Richard Wolfe<br>381 County Rd 850 N<br>Albion, IL 62806 | Property Lease dated 01/16/2013 |
| NAPA Auto Parts (Genuine Parts Company) | NAPA Auto Parts (Genuine Parts Company)<br>2999 Circle 75 Pkwy<br>Atlanta, GA 30339 | Customer Agreement dated 11/1/2011 |
| NAPA Auto Parts (Genuine Parts Company) | NAPA Auto Parts (Genuine Parts Company)<br>2999 Circle 75 Pkwy<br>Atlanta, GA 30339 | Addendum to Customer Agreement dated 9/12/2014 |
| NAPCC - Toyota Motor Sales | NAPCC - Toyota Motor Sales<br>Mailstop G312<br>19001 S Western Ave<br>Torrance, CA 90501 | Customer Agreement dated 3/8/2007 |
| National Pronto | National Pronto<br>2601 Heritage Ave<br>Grapevine, TX 76051 | Customer Agreement dated 2/28/2012 |
| North Pro Representatives | North Pro Representatives<br>711 Pine St South<br>Waconia, MN 55387 | Sales Rep. Agreement - 1-1-2009 (Airtex, ASC) |
| Ong Art Komannont | Ong Art Komannont<br>438/29 Rajwithi Road<br>Khet Rajthevee Bangkok 10400 Thailand | Sales Representation Agreement |

Contracts and unexpired leases listed include all related amendments, schedules, exhibits, statements of work, and other ancillary documents, as each may have been amended, restated or supplemented from time to time.

**Exhibit 6.1.2**
**Assumed Executory Contract and Unexpired Lease List**

**[Blackline]**

01:21244192.1

| | | |
|---|---|---|
| Kolima Sales Agent | Kolima Sales Agent<br>Calle Lera Y Calle Victoria<br>Barriada Miraflores<br>Edificio Fostasa Local 1B Panama | Sales Representative Agreement dated 8/1/2015 |
| Kronos | Kronos<br>297 Billerica Rd<br>Chelmsford, MA 01824 | Supply Agreement |
| Lou-Mac Manufacturing | Lou-Mac Manufacturing<br>#206 Oscar Flores Tapia<br>Arteaga Coahuila Cp 25350 Mexico | Bailment Agreement dated 1/27/2016 |
| Love's Travel Stops & Country Stores Inc | Love's Travel Stops & Country Stores Inc<br>PO Box 26210<br>Oklahoma City, OK 73126 | Vendor Information Packet dated 2/21/2011 |
| Lubbock Truck Sales Inc | Lubbock Truck Sales Inc<br>1801 E Slaton Hwy<br>Lubbock, TX 79404 | Customer Agreement dated 4/16/2008 |
| Maxion Wheels U.S.A. LLC and EOP-Industrial Portfolio, L.L.C./Blackhawk Parent LLC | Maxion Wheels USA, EOP-Industrial/Blackhawk<br>Equity Office Properties Trust<br>Two North Riverside Plaza<br>Chicago, IL 60606<br><br>Maxion Wheels USA, EOP-Industrial/Blackhawk<br>Haves Lemmerz Int'l Inc<br>15300 Centennial Drive<br>Northville, MI 48167<br><br>Maxion Wheels USA, EOP-Industrial/Blackhawk<br>Re: Equity Office Properties Trust<br>c/o Farella Braun + Martel LLP<br>235 Montgomery Street<br>San Francisco, CA 94104 | Benecia Industrial Park Joint Defense and Cost Sharing Agreement dated 11/14/2002 as modified pursuant to the Subject Agreement dated 4/14/2004 |
| Mazda North American Operations | Mazda North American Operations<br>PO Box 19734<br>Irvine, CA 92623 | Confidentiality Agreement executed October 21, 2009 |
| Meisler Trailer Rentals Inc | Meisler Trailer Rentals Inc<br>1103 E Franklin St<br>Evansville, IN 47711 | Lease Agreement dated 7/31/2015 |
| Mercap SA | Mercap SA<br>14 Ave 7-12 Zona 14<br>Empresarial La Villa Of 2 01014 Guatemala | Sales Rep. Agreement - 1-1-2008 |
| Moving magnet Technologies SA | Moving magnet Technologies SA<br>1 Rue Christiaan Huygens<br>Besancon 25000 France | Mutual Secrecy Agreement dated March 19, 2014 |
| Mr Lube Canada Limited Partnership | Mr Lube Canada Limited Partnership<br>2330-6900 Graybar Rd<br>Richmond Bc V6W 0A5 Canada | Customer Agreement dated 1/1/2016 |
| Na Williams | Na Williams<br>2900 Paces Ferry Rd SE<br>Ste A100 A<br>Atlanta, GA 30339 | Sales Rep. Agreement - 11-2-2009 (ASC, Champion) |
| Nadine Wolfe Flp % Richard Wolfe | Nadine Wolfe Flp % Richard Wolfe<br>381 County Rd 850 N<br>Albion, IL 62806 | Property Lease dated 01/16/2013 |
| NAPA Auto Parts (Genuine Parts Company) | NAPA Auto Parts (Genuine Parts Company)<br>2999 Circle 75 Pkwy<br>Atlanta, GA 30339 | Customer Agreement dated 11/1/2011 |

11