**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UCI INTERNATIONAL, LLC, <u>et</u> <u>al</u>., | ) | Case No. 16-11354 (MFW) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | D.I. _____ |
| | ) | |

**ORDER GRANTING EMERGENCY MOTION OF THE DEBTORS UCI INTERNATIONAL, LLC TO ADJOURN THE CURRENTLY SCHEDULED NOVEMBER 25, 2019 HEARING WITH RESPECT TO THE MOTION OF REORGANIZED DEBTOR FOR THE ENTRY OF AN ORDER (I) ENFORCING THE PLAN AND CONFIRMATION ORDER, INCLUDING THE DISCHARGE AND INJUNCTION PROVISIONS, AND (II) GRANTING RELATED RELIEF**

Upon consideration of the emergency motion (the "Motion to Adjourn") above-captioned Reorganized Debtors to adjourn (the "<u>Motion to Adjourn</u>") the hearing to consider the Reorganized Debtors' Motion for Entry of an Order (i) Enforcing the Plan and Confirmation Order, including the Discharge and Injunction Provisions and (ii) Granting Related Relief (the "<u>Plan Enforcement Motion</u>"); the Court finding that due and proper notice of the Motion having been given under the circumstances; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion and provided for herein is in the best interest of the Debtor, their estates, and creditors; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

The Motion to Adjourn is GRANTED as set forth herein; and it is further

ORDERED THAT the hearing to consider the Plan Enforcement Motion is adjourned until December 13, 2019 at 10:00 a.m., without prejudice to further adjournments; and it is further

ORDERED THAT this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

11380413/1