IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UCI INTERNATIONAL, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11354 (MFW)<br>(Jointly Administered) |

### AFFIDAVIT OF REBECCA A. ZERBE, PARALEGAL

STATE OF DELAWARE     :
                      : SS:
NEW CASTLE COUNTY     :

I, Rebecca A. Zerbe, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on December 11, 2019, I caused to be served:

**REPLY OF THE REORGANIZED IN SUPPORT OF MOTION FOR THE ENTRY OF AN ORDER (I) ENFORCING THE PLAN AND CONFIRMATION ORDER, INCLUDING THE DISCHARGE AND INJUNCTION PROVISIONS, AND (II) GRANTING RELATED RELIEF**

Service was completed upon the parties on the attached list as indicated thereon.

Dated: December 11, 2019

_____
Rebecca A. Zerbe

SWORN AND SUBSCRIBED before me this 11th day of December, 2019

_____
Notary

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: UCI International, LLC (0186); Airtex Industries, LLC (0830); Airtex Products, LP (0983); ASC Holdco, Inc. (9758); ASC Industries, Inc. (7793); Champion Laboratories, Inc. (5645); UCI Acquisition Holdings, (No. 1) Corp. (5732); UCI Acquisition Holdings (No. 3) Corp. (8277); UCI Acquisition Holdings (No. 4) LLC (8447); UCI-Airtex Holdings, Inc. (5425); UCI Holdings Limited (N/A); UCI Pennsylvania, Inc. (1527); and United Components, LLC (9857). The mailing address for each Debtor is 1900 West Field Court, Lake Forest, Illinois 60045.

<u>VIA HAND DELIVERY</u>
Richard L. Schepacarter
Trial Attorney
J. Caleb Boggs Federal Building
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Jeremy W. Ryan
Potter Anderson & Corroon LP
1313 North Market Street, Sixth Floor
Wilmington, DE 19801

Mary F. Caloway
Buchanan Ingersoll & Rooney PC
919 N. Market Street
Suite 990
Wilmington, Delaware 19801

<u>VIA FIRST CLASS MAIL</u>
State Water Resources Control Board - OCC
1001 I Street, 22nd Fl.
Sacramento, CA 95814
Attn: Tamarin Austin, Esquire

San Francisco Bay Regional Water
Quality Control Board
c/o State Water Resources-OCC
1001 I Street, 22nd Fl.
Sacramento, CA 95814
Attn: Tamarin Austin, Esquire

State Water Resources Control Board –
Accounting Office
P.O. Box 1888
Sacramento, CA 95812
Attn: Tamarin Austin, Esquire

Michael S. Dorsi
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 9410

Ralph J. Swanson
Berliner Cohen LLP
10 Almaden Blvd., Eleventh Floor
San Jose, California 95113

Marc M. Bakst
Bodman PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226