IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UCI INTERNATIONAL, LLC, <u>et al.</u>, | ) | Case No. 16-11354 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 13, 2019 AT 10:00 A.M. (ET)**

**MATTERS GOING FORWARD:**

1. Reorganized Debtors Motion for the Entry of an Order (I) Enforcing the Plan and Confirmation Order, Including the Discharge an Injunction Provisions, and (II) Granting Related Relief [D.I. 1465, filed October 8, 2019]

   Objection Deadline: November 7, 2019 at 4:00 p.m. (ET)

   Objections/Responses:

   A. California State Water Resources Control Board and California Regional Water Quality Control Board, San Francisco Bay Region's Objection to Reorganized Debtors Motion for the Entry of an Order (I) Enforcing the Plan and Confirmation Order, Including the Discharge an Injunction Provisions, and (II) Granting Injunctive Relief [D.I. 1469, filed November 7, 2019]

   B. Cranbrook Realty Investment Fund L.P.'s Objection to Motion for Enforcement of Plan [D.I. 1471, filed November 8, 2019]

   C. Objection of Maxion Wheel's USA LLC to Motion of Reorganized Debtors for the Entry of an Order (I) Enforcing the Plan and Confirmation Order, Including the Discharge an Injunction Provisions, and (II) Granting Related Relief [D.I. 1472, filed November 11, 2019]

   D. Reply of the Reorganized Debtors in Support of Motion for the Entry of an Order (I) Enforcing the Plan and Confirmation Order, Including the Discharge an Injunction Provisions, and (II) Granting Related Relief [D.I. 1481, filed December 11, 2019]

   Related Documents:

   E. Emergency Motion of the Debtors UCI International, LLC to Adjourn the Currently Scheduled November 25, 2019 Hearing with Respect to the Motion of Reorganized Debtor for the Entry of an Order (I) Enforcing the Plan and

2

      Confirmation Order, Including the Discharge and Injunction Provisions, and (II) Granting Related Relief [D.I. 1475, filed November 21, 2019]

F.  Order Granting Emergency Motion of the Debtors UCI International, LLC to Adjourn the Currently Scheduled November 25, 2019 Hearing with Respect to the Motion of Reorganized Debtor for the Entry of an Order (I) Enforcing the Plan and Confirmation Order, Including the Discharge and Injunction Provisions, and (II) Granting Related Relief [D.I. 1477, filed November 21, 2019]

Status:  This matter is going forward as a status conference.

Dated:  December 11, 2019        **MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

*Counsel for the Reorganized Debtors*