# SIGN-IN SHEET

**CASE NAME:** UCI  
**CASE NUMBER:** 16-11354 (MFW)  
**COURTROOM NUMBER:** 4  
**DATE:** December 13, 2019 at 10:00 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mary Calloway | Buchanan Ingersoll & Rooney | Maxion Wheels |
| Jeff Watson | Morris James | Bergs Debtors |
| Ben Keller | " | " |
| Charles Wood | Potter Anderson & Corroon | Cranbrook Realty |

# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Mary F. Walrath
## #4

Calendar Date: 12/13/2019
Calendar Time: 10:00 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | UCI-Airtex Holdings, Inc. | 16-11354 | Hearing | 10246982 | Marc M. Bakst | (313) 393-7530 ext. | Bodman PLC | Creditor, Maxion Wheels USA, LLC / LIVE |
| | | UCI-Airtex Holdings, Inc | 16-11354 | Hearing | 10247950 | Michael S. Dorsi | (415) 510-3892 ext. 1004 | U.S. Department of Justice | Objector, California Water Boards / LIVE |
| | | UCI-Airtex Holdings, Inc. | 16-11354 | Hearing | 10177670 | Ralph J. Swanson | (408) 286-5800 ext. | Berliner Cohen | Interested Party, Cranbrook Realty Investment Fund, LP / LIVE |

Peggy Drasal ext. 802

CourtConfCal2009

Page 1 of 1