# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>UCI–Airtex Holdings, Inc<br>2201 Waukegan Road<br>Suite 140<br>Bannockburn, IL 60015<br>  **EIN:** 16–1760186<br>UCI Holdco, Inc.<br>UCI International, Inc.<br>UCI–FRAM AutoBrands<br>UCI–FRAM Group<br>UCI International, LLC | **Chapter:** 11<br><br><br><br><br>**Case No.:** 16–11354–MFW |

### ORDER SETTING STATUS CONFERENCE

IT IS ORDERED that a Status Conference will be held on 4/21/21, at 03:00 PM in the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, DE 19801. All parties are directed to attend either in person or telephonically.

  Debtor's Counsel is required to attend the hearing.
  Trustee and/or Trustee's Counsel is required to attend the hearing.

Date: 3/29/21

Mary F. Walrath
Bankruptcy Judge

(VAN–460)