# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
UCI−Airtex Holdings, Inc
2201 Waukegan Road
Suite 140
Bannockburn, IL 60015
 **EIN:** 16−1760186
UCI Holdco, Inc.
UCI International, Inc.
UCI−FRAM AutoBrands
UCI−FRAM Group
UCI International, LLC

**Chapter:** 11

**Case No.:** 16−11354−MFW

## NOTICE OF STATUS HEARING

A hearing on status of case is scheduled for 11/10/21 at 03:00 PM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, DE 19801 .

_Una O'Boyle_

Una O'Boyle, Clerk of Court

Dated: 9/10/21

(VAN−401a)